UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:15-cv-60166-WPD

OTILIO APOLINARIO, and all other similarly-situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

MI BOHIO RESTAURANT & LOUNGE CORP. d/b/a PURITA'S RESTAURANT AND LOUNGE, PURA D. ABREU, MARIANO A. ABREU,

    Defendants.
_____/

## DEFENDANTS' STATEMENT OF MATERIAL UNDISPUTED FACTS

Defendants, pursuant to Fed. R. Civ. P. 56 and to S.D. Fla. L.R. 56.1(a), hereby submit their Statement of Material Undisputed Facts to which the Defendants contend there are no genuine issues to be tried.

1. Defendant, MI BOHIO RESTAURANT & LOUNGE CORP. (Mi Bohio") operates a local restaurant serving Latin food in Broward County. *Plaintiff's Depo. – Exhibit A*, 44:1-4; 45:3-5.

2. Plaintiff worked for Mi Bohio as a cook. *Plaintiff's Depo. – Exhibit A*, 33:2-4.

3. Plaintiff worked for Mi Bohio from September 9, 2014 to December 31, 2014. *Plaintiff's Depo. – Exhibit A*, 15:4-15.

4. While working for Mi Bohio, Plaintiff earned $10.00 per hour and then, at the beginning of November 2014, $11.00 per hour. *Plaintiff's Depo. – Exhibit A*, 33:19 – 34:1.

5. While working for Mi Bohio, Plaintiff's work consisted of cooking food for its clientele. *Plaintiff's Depo. – Exhibit A*, 45:22 – 46:16.

1

6. Plaintiff never traveled outside Florida, for work-related activities. *Plaintiff's Depo. – Exhibit A*, 66:15-17.

7. Plaintiff never cooked food that was sent outside Florida. *Plaintiff's Depo. – Exhibit A*, 66:7-10.

8. Plaintiff never supervised any other employee. *Plaintiff's Depo. – Exhibit A*, 41:18-21.

9. Plaintiff never placed orders of food or material for the Defendants. See, *Plaintiff's Depo. – Exhibit A*, 39:7-21.

10. Plaintiff never used the internet, telephone, or fax while working for the Defendants. See, *Plaintiff's Depo. – Exhibit A*, 50:18-21.

11. Plaintiff never used the computer while working for the Defendants. See, *Plaintiff's Depo. – Exhibit A*, 50:4-10.

12. Plaintiff never handled any money for the Defendants. See, *Plaintiff's Depo. – Exhibit A*, 74:15-17.

13. Plaintiff has no knowledge of what is done with money received by the owner of Mi Bohio. *Plaintiff's Depo. – Exhibit A*, 75:1-3.

14. Plaintiff never looked at Defendants' bank accounts. See, *Plaintiff's Depo. – Exhibit A*, 50:11-13.

15. Plaintiff never spoke to Defendants' accountant. See, *Plaintiff's Depo. – Exhibit A*, 50:14-17.

16. Indeed, Plaintiff admits to not having any personal knowledge as to Defendants' finances. See, *Plaintiff's Depo. – Exhibit A*, 50:22-24; 76:20 – 77:5.

17. Mi Bohio's gross revenues for 2014 were $261,562.00. See, Tax Returns and Reconciliation – **Exhibit "B"**; See also, Defendants' Responses to Interrogatories – **Exhibit "C"**.

Respectfully submitted, this 23rd day of December, 2015.

            LUBELL & ROSEN, LLC
            *Attorneys for Defendants*
            200 S. Andrews Ave, Suite 900
            Ft. Lauderdale, Florida 33301
            Phone: (954) 880-9500
            Fax: (954) 755-2993
            E-mail:   adi@lubellrosen.com

            By: *s/Adi Amit*
              Adi Amit, Esquire
              Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2015, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            By:   /s *Adi Amit*
              Adi Amit, Esquire
              Florida Bar No: 35257

## SERVICE LIST

*Otilio Apolinario v. Mi Bohio Restaurant & Lounge Corp. etc., et al.*
S.D. Fla. Case No. 0:15-cv-60166-WPD

J.H. Zidell, Esq.
Elizabeth O. Hueber, Esq.
Steven C. Fraser, Esq.
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, Florida 33141
zabogado@aol.com
elizabeth.hueber.esq@gmail.com
steven.fraser.esq@gmail.com
*Counsel for Plaintiff*

Adi Amit, Esquire
Natalie M. Pappas, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Ave.
Suite 900
Fort Lauderdale, FL 33301
adi@lubellrosen.com
npm@lubellrosen.com
*Counsel for Defendants*