OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                      CASE No.:  0:15-cv-60166-WPD
 3

 4
      OTILIO APOLINARIO, and all other
 5    Similarly-situated under 29 U.S.C. 216(b),

 6        Plaintiff,

 7    vs

 8    MI BOHIO RESTAURANT & LOUNGE
      CORP. d/b/a PURITA'S RESTAURANT
 9    AND LOUNGE, PURA D. ABREU,
      MARIANO A. ABREU,
10
          Defendants.
11    _____/

12

13
      Deposition of:  OTILIO APOLINARIO
14
      Date taken:     October 19th, 2015
15
      Time:           10:08 a.m. - 1:22 p.m.
16
      Taken By:       The Defendants
17
      Location:       200 South Andrews Avenue, Suite 900
18                    Fort Lauderdale, Florida 33301

19    Reported By:    Ruth Fongemie, Professional Digital
                      Court Reporter and Notary
20                    Public, State of Florida, at Large

21

22

23

24

25
```



**Orange Legal**
**800-275-7991**

```
1                    A P P E A R A N C E S

2


3

       JULIA M. GARRETT, ESQUIRE
4      J.H. Zidell, P.A.
       300 71st Street, Suite 605
5      Miami Beach, Florida 33141-3089
       Juliagarrettlaw@gmail.com
6              On behalf of the Plaintiff,


7


8      ADI AMIT, ESQUIRE
       Lubell & Rosen, P.A.
9      200 S Andrews Avenue, Suite 900
       Fort Lauderdale, Florida 33301-2068
10     Adi@lubellrosen.com
               On behalf of the Defendants.
11

12  ALSO PRESENT:

13  MARIA VASQUEZ, THE INTERPRETER

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                    I N D E X

 2   DEPOSITION OF OTILIO APOLINARIO        PAGE:

 3   DIRECT EXAMINATION BY MR. AMIT              4
     CERTIFICATE OF OATH                        85
 4   CERTIFICATE OF REPORTER                    86

 5

 6        DEFENDANTS' EXHIBITS FOR IDENTIFICATION

 7                                          PAGE:

 8   Exhibit No. A   Complaint                  27
     Exhibit No. B   Responses and Objections to  30
 9                   the Interrogatories
     Exhibit No. C   Invoice                    58
10

11                                 - - - - -

12

13              S T I P U L A T I O N S

     It is hereby stipulated by and between counsel for
14   the respective parties that the reading and signing of
     the deposition be reserved.
15

16

17

18

19

20

21

22

23

24

25
```



```
 1                        PROCEEDINGS

 2                          *  *  *  *

 3              THE REPORTER:  Do you swear or affirm to

 4       translate from English to Spanish and Spanish to

 5       English to the best of your ability?

 6              THE INTERPRETER:  Yes.

 7              THE REPORTER:  Do you swear or affirm that

 8       the testimony you're about to give will be the

 9       truth, the whole truth and nothing but the truth?

10              THE WITNESS:  I do.

11                   OTILIO APOLINARIO,

12       Having first been duly sworn, was examined and

13       testified as follows:

14                   DIRECT EXAMINATION

15   BY MR. AMIT:

16       Q.   Good morning, Mr. Apolinario.  Am I

17   pronouncing your name correctly?

18       A.   Yes.

19       Q.   My name is Adi Amit.  I'm the attorney for

20   the defendants.  Have you ever been deposed before

21   today?

22       A.   No.

23       Q.   Okay.  What's going to happen today is I'm

24   going to ask you questions.  You were placed under

25   oath, so I expect truthful answers.  If you don't
```

```
 1   understand any question, let me know before you answer.

 2   If you do not let me know, I will presume and so will

 3   the record presume, that you understand the question

 4   and answered truthfully.  From time to time, Julia,

 5   you're a very able attorney, will object to form or

 6   object to my questions.  If you hear that she objects

 7   to form, you're still expected to answer the question.

 8   If she makes any other objections, I will ask that you

 9   let us finish our discussion about the objection before

10   you answer.  And she will instruct you.  So far so

11   good?

12        A.   Correct.

13        Q.   Okay.  Now, the deposition is going to take a

14   little bit of time.  Whenever you want a break, just

15   let me know.  As long as a question is not pending, I'm

16   likely to accommodate whatever you request.  Okay?

17        A.   Okay.

18        Q.   Do you understand any of my English?

19        A.   So so.

20        Q.   What I ask -- we have an interpreter here.

21   What I ask is that to the extent that you understand

22   what I speak in English, you let the interpreter

23   interpret the Spanish fully before you respond so that

24   she can earn her living, okay?

25        A.   Okay.
```



```
 1        Q.   All right.  Have you taken any medication in

 2   the past 24 hours?

 3        A.   No.

 4        Q.   Can you think of any reason why you would not

 5   be able to respond to my question -- or answer my

 6   questions truthfully and fully?

 7        A.   No, not at all.

 8        Q.   Okay.  Now I see you also mix your responses

 9   verbally and non-verbal.  Remember that the court

10   reporter cannot put down your head nods and gestures

11   and anything other than your verbal responses.

12        A.   Okay.

13        Q.   So please make sure to respond verbally to my

14   questions.

15        A.   Okay.

16        Q.   All right.  What is your full name?

17        A.   Otilio Apolinario.

18        Q.   Do you have any middle name or middle

19   initial, Mr. Apolinario?

20        A.   No.

21        Q.   In the past 15 years have you been known by

22   or used any other name other than Otilio Apolinario?

23        A.   No.

24        Q.   What is your current address?

25        A.   ~~xxxxxxxxxxxxxxxxxx~~, F-40, Miami, Florida
```



OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                                        7

```
 1    33150.

 2         Q.    Have you had any other address in the past

 3    five years?

 4         A.    No.

 5         Q.    Do you own the place or do you rent it?

 6         A.    I am the owner.

 7         Q.    Do you have a mortgage?

 8         A.    No.

 9         Q.    What is your current telephone number?

10         A.    786-███-████.

11         Q.    Is that a landline or is that a cellular

12    phone?

13         A.    It's a cell phone line.

14         Q.    Who is your provider?

15         A.    Metro.

16         Q.    And have you had any other number that you

17    used in the past five years?

18         A.    Yes.  But it's not in service any longer.

19         Q.    What was that number?

20         A.    Yes.  ███████████████.

21         Q.    Was that also a cell phone?

22         A.    No.  That was a landline.

23         Q.    Who was the provider for that landline?

24         A.    AT&T.

25         Q.    Other than the Metro PCS number starting in
```

```
 1    786 and then AT&T landline starting in 305, did you

 2    have any other number that you used in the last five

 3    years?

 4         A.   No.

 5         Q.   Are you currently employed?

 6         A.   Yes.

 7         Q.   Where?

 8         A.   Pan Pa'Ya Bakery and Restaurant.

 9         Q.   Can you please spell that for me?

10         A.   P-A-N P-A dot Y-A.

11         Q.   And where is Pan Pa'Ya Restaurant?  Is it

12    restaurant or bakery?

13         A.   It is a restaurant and a bakery.

14         Q.   Where is that restaurant located?

15         A.   Number 26 and 8th Street in Brickell Zone.

16         Q.   So it's near downtown Miami?

17         A.   Yes; that is correct.

18         Q.   And who is the owner of the restaurant?

19         A.   I don't deal directly with the owner, but I

20    deal with the manager.

21         Q.   Who is the manager?

22         A.   Ms. Belky.  And I don't exactly recall her

23    last name at the moment.

24         Q.   Is she an owner at the place or just a

25    manager?
```



 1         A.    She's the manager.

 2         Q.    What's your position with Pan Pa'Ya

 3    Restaurant?

 4         A.    I am a cook.

 5         Q.    And when did you start working for Pan Pa'Ya?

 6         A.    About four months ago.

 7         Q.    June of this year?

 8         A.    I started in the restaurant in July, but the

 9    owners sold the restaurant in August.

10         Q.    And you stayed with the new owners?

11         A.    That is correct.

12         Q.    Do you remember the name of the owner -- the

13    prior owner of the restaurant who hired you?

14         A.    I only recall his last name and his last name

15    was Finina.

16         Q.    What kind of restaurant is Pan Pa'Ya

17    Restaurant?

18         A.    International Latin food and bakery.

19         Q.    Does it have one location or multiple

20    locations?

21         A.    There's a few locations.

22         Q.    Three locations.  Where else does Pan Pa' Ya

23    restaurant operate; do you know?

24         A.    I have information.  There is one in Doral.

25    There is another one in Hollywood.  And there's another



1    one is Weston and us in Brickell.

2        Q.    Did you work in any other location other than

3    Brickell?

4        A.    Not with them.  I started with them at this

5    location.

6        Q.    Okay.  And what do you do there as a cook?

7        A.    I cut the meat.  I prepare everything in the

8    kitchen.  And I am willing to do anything that they

9    need me to do.

10       Q.    Okay.  But I'm not asking what you're willing

11   to do.  I'm asking what you do there.  Other than

12   cutting meat and preparation of food, do you do

13   anything else?

14       A.    I cut the meat.  I prepare it and I serve it.

15       Q.    Are the main cook there or are you a helper

16   to someone else that actually cooks the food?

17       A.    I am the main cook.

18       Q.    So you also actually cook the meat and cook

19   the food, right?

20       A.    Yes, sir.  That's correct.

21       Q.    And at the restaurant, do you -- you said

22   there was a manager, right?  The name of the manager

23   was Belky.

24       A.    Yes; that is correct.

25       Q.    And other than Belky, who else works with you



**Orange Legal**
**800-275-7991**

1    at the restaurant?

2         A.    There is six other employees.

3         Q.    So it's you, Belky and six others?

4         A.    Yes; that's correct.

5         Q.    And the other six employees, what do they do?

6         A.    There's cooks, there's helpers and there's

7    other ones, a position in the cashier and they help

8    with everything else in the restaurant.

9         Q.    Who serves the food to the customers?

10        A.    In the morning we are all getting ready to

11   serve the food to the customers.  And at 11:00, we are

12   ready to serve.

13        Q.    Do you have tables in the restaurant or is it

14   just a counter that people come and eat?

15        A.    We have a table -- we have tables.  And we

16   have a steam table also where we show the food.

17        Q.    Okay.  When people come to the restaurant, do

18   they sit at a table or do they sit at a counter by the

19   kitchen?

20        A.    We serve them at the tables.

21        Q.    Okay.  So you cook and then when you finish

22   cooking you take the plate and then you serve it to

23   people?  Or does someone else take the plate from you

24   and serve it?

25        A.    There are moments that I do take the food to



```
 1    the clients because they make a special request.

 2         Q.   Okay.  And when you serve the clients, who

 3    cooks?

 4         A.   I do take them.  I cook them and some of them

 5    that are already prepared.  If there's a special, I

 6    take them.  And then there is other people also taking

 7    food.

 8         Q.   Okay.  Who processes payments at Pan Pa'Ya

 9    Restaurant?

10         A.   The payments to the employees or --

11         Q.   No.  You know, when someone comes in and

12    eats, orders food, eats the food, enjoys the food,

13    because you cook wonderful food --

14         A.   Thank you.

15         Q.   -- who pays for it?

16         A.   Each person that pays for their food.

17         Q.   Okay.  Who processes it; Belky?

18         A.   Sometimes Ms. Belky, sometimes another

19    cashier that we have.

20         Q.   Do you also stock food at Pan Pa'Ya

21    Restaurant, stock supplies?

22         A.   The raw foods we do, but the cooked ones are

23    sold immediately.

24         Q.   Who delivers food to Pan Pa'Ya Restaurant?

25    Is it Cheney Bros.?
```



Orange Legal
800-275-7991

1      A.    There's a few.  But that I recall right now

2    is Golden Food is one of them.

3      **Q.    And they deliver by truck?**

4      A.    That is correct.

5      **Q.    And who takes the food out of the truck into**

6    **the restaurant?**

7      A.    The truck delivery person.

8      **Q.    And it comes on a pallet?**

9      A.    Yes.  Everything is done the proper way.

10     **Q.    Okay.  And who disassembles the pallet at the**

11   **restaurant?**

12     A.    The food comes in individual boxes, so they

13   don't come in a full pallet.

14     **Q.    Okay.  And who opens up the boxes in the**

15   **restaurant?**

16     A.    I do open them to supervise that everything

17   is in perfect condition.

18     **Q.    Okay.  Once they are open who puts the food**

19   **in the freezers and the refrigerators or on the**

20   **shelves?**

21     A.    I open them myself.  And I also ask for help

22   if I need to do so.

23     **Q.    Who cleans the restaurant?**

24     A.    We have a person that is in charge of helping

25   us to clean the whole entire place.



```
 1          Q.    Do you ever clean the restaurant?

 2          A.    Yes.  All of the areas that I work at, I work

 3    and I clean them as well.

 4          Q.    You're talking about in the kitchen, correct?

 5          A.    Wherever I work.  Where I cut the meat and in

 6    the kitchen as well.

 7          Q.    Who places the orders from Golden Food

 8    Supplies?

 9          A.    I make the list and I give it to the manager,

10    who is the one that orders.

11          Q.    And that's Belky, right?

12          A.    Yes; that is correct.

13          Q.    Prior to July 2015, where did you work?

14          A.    Before I was working at Bohio's Restaurant.

15          Q.    The defendant in this case?

16          A.    Yes; that is correct.

17          Q.    Your complaint says that you worked there

18    until December 31st, 2014.  Is there any reason the

19    complaint alleges something different than what you're

20    telling me now?

21          A.    I don't exactly understand.

22          Q.    Okay.  We'll go over this.  Between January

23    1st of 2015, which is this year and July of 2015, where

24    did you work?

25          A.    I was not working.
```



1        Q.    So this entire year until 2015 you did not

2    work, correct?

3        A.    That is correct.

4        Q.    Your last day of work before you started with

5    Pan Pa'Ya Restaurant was December 31st, 2014; is that

6    correct?

7        A.    That is correct.

8        Q.    And that was with the defendant in this case,

9    Mi Bohio Restaurant and Lounge, correct?

10       A.    Yes; that is correct, sir.

11       Q.    And when did you start working for Mi Bohio

12   Restaurant?

13       A.    I started working there September 9th.

14       Q.    What year?

15       A.    2014.

16       Q.    Now, go back for a second to Pan Pa'Ya

17   Restaurant.  How are you being paid at Pan Pa'Ya?

18       A.    How do you mean?  Do they pay me cash?  Do

19   they pay me by check?

20       Q.    Let's do one question at a time.  Are you

21   being paid hourly or a salary?

22       A.    Hourly.

23       Q.    What is your hourly rate?

24       A.    $14 an hour plus tips.

25       Q.    You get tips even though you're a cook?



```
 1        A.   Yes.  The tip goes to all of the employees.

 2        Q.   Your attorney might be interested in knowing

 3   that.  Not to say anything.  I'm on the other side of

 4   it.  It's almost off the record.

 5        A.   If that's important I'm glad I answered.

 6        Q.   It's not important to me.

 7             Okay.  How often do you get paid at Pan Pa'Ya

 8   Restaurant?

 9        A.   Every 15 days, bi-weekly.

10        Q.   Bi-weekly.

11        A.   Every two weeks.

12        Q.   Bi-week or twice monthly?

13        A.   Twice a month.

14        Q.   Okay.  So every 15 days?

15        A.   That's correct.

16        Q.   It's not always the same day of the week,

17   correct?

18        A.   Yes, it is the same day.

19        Q.   So you're getting paid every two weeks,

20   correct?

21        A.   Twice a month -- twice in a month.

22        Q.   The problem is that some months have more

23   than four weeks in the month.  And even February every

24   five years or so has a little more than four weeks.  So

25   if you're being paid twice a month it can be on the
```



**Orange Legal**
**800-275-7991**

```
 1    same day.  But if you're being paid on the same day, it

 2    can't be twice a month.

 3        A.   Every two Fridays.

 4        Q.   Okay.  So every two weeks?

 5        A.   Yeah, every two weeks.

 6        Q.   Are you being paid by check, by cash or

 7    combination?

 8        A.   With check.

 9        Q.   Do you have a social security number?

10        A.   Yes, I do.

11        Q.   What is the number?

12             MS. GARRETT:  Wait.  I'm sorry.  Can we go

13        off the record, please?

14             MR. AMIT:  We'll go off the record until

15        we get to the last four digits and those will be

16        on the record.

17        A.   XXX-XX-0211.

18    BY MR. AMIT:

19        Q.   Where were you born?

20        A.   Dominican Republic.

21        Q.   They have really good baseball players from

22    there.

23        A.   Thank you very much.

24        Q.   Half of them end up being Florida Marlins --

25    Miami Marlins.  And then they stop being good players.
```



```
 1          A.    I'm so sorry.

 2          Q.    What's your date of birth, Mr. Apolinario?

 3          A.    9/19/56.

 4          Q.    When did you come here from the Dominican

 5     Republic?

 6          A.    October 10th, 1987.

 7          Q.    1987?

 8          A.    That is correct.

 9          Q.    Are you a US Citizen or a resident?

10          A.    Resident.

11          Q.    When did you get your Green Card?

12          A.    Around that time and that date is when I

13     received it.

14          Q.    Have you been convicted of a crime that

15     involves not telling the truth?

16          A.    Not for not being truthful.

17          Q.    Okay.  So what crime were you convicted for?

18               MS. GARRETT:  Objection.  Please do not

19          answer.

20               MR. AMIT:  Why is that?

21               MS. GARRETT:  Can you specify about what

22          kind of crime you would like him to --

23               MR. AMIT:  I'm entitled to ask him about

24          it.

25               THE WITNESS:  I have traffic tickets.
```



**Orange Legal**
**800-275-7991**

```
 1              MS. GARRETT:  Now, can you just specify
 2        anything that he's been convicted of?
 3              THE WITNESS:  Yes, I had a DUI.
 4   BY MR. AMIT:
 5        Q.   How many times?
 6        A.   Twice.
 7        Q.   When?
 8        A.   At this point in time I don't exactly recall
 9   the date.
10        Q.   Which county was it in?
11        A.   Miami-Dade.
12        Q.   Both of them?
13        A.   Yes.
14        Q.   Other than the two DUIs, have you ever been
15   convicted of any other crime?
16        A.   Yes.  In 1913 --
17        Q.   What?
18        A.   Yes.
19              MS. GARRETT:  I'm sorry.  Please stop.  I
20        don't want him to answer.
21              MR. AMIT:  Well, first of all, I'm
22        entitled to hear the translation of what he's said
23        so far.
24              MS. GARRETT:  Okay.  That's fine.  But I
25        want him to stop answering at this point.
```

OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                                        20

```
 1              THE WITNESS:  In 1913 I was arrested.
 2      They searched my car.
 3              MR. AMIT:  And what's the basis of your
 4      objection?
 5              MS. GARRETT:  Because he's, first off, not
 6      answering the question.  And he does not need to
 7      talk about it.  And I've told him not to talk
 8      about what he's been convicted of.
 9              MR. AMIT:  Okay.  And I will re-ask the
10      question differently.
11              MS. GARRETT:  And I will specify to him
12      that if he was not convicted of it, but only
13      arrested --
14              THE WITNESS:  I was just arrested.
15              MS. GARRETT:  -- then he should not talk
16      about it.
17              MR. AMIT:  We'll go to court.  I'm
18      entitled in discovery to ask these questions.  The
19      fact that it's not admissible in trial later is
20      not -- I'm entitled to ask him.  And I'll ask
21      these questions and if you want to instruct him
22      not to answer, the judge will visit it.
23      BY MR. AMIT:
24          Q.   Were you ever charged or arrested for
25      anything other than the DUI twice in Miami-Dade?
```

OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                                                      21

```
 1        A.   No.
 2        Q.   Mr. Apolinario, let me remind you that you
 3   are under oath right now.  And your attorney has not
 4   objected to this question.  And you're required to tell
 5   me the truth in response to my question.  Have you ever
 6   been charged or arrested for anything other than the
 7   two DUIs we discussed earlier?
 8        A.   What I told you before.
 9        Q.   So the only two arrests that you have are the
10   ones for the DUI?
11        A.   Yes.
12        Q.   What did you mean by responding earlier in
13   1913 I was put in a car -- in a police car.  You know,
14   let's read the record back.  He's answered that.  Start
15   with 1913.
16             THE REPORTER:  In 1913 I was arrested.
17     They searched my car.
18   BY MR. AMIT:
19        Q.   What did the police search your car for?
20        A.   Nothing happened after that because they
21   were looking for a car similar to my car, to my
22   vehicle.
23        Q.   Is there any particular reason why they were
24   looking for a car similar to yours; do you know the
25   reason?
```



1       A.    No.

2       **Q.    Was the search of your car part of the DUI**

3   **arrests?**

4       A.    No.  I wasn't -- not under any influence.

5       **Q.    That's not my question.  Was whether the**

6   **instance when they searched your car was part of the**

7   **DUI arrest?**

8       A.    Maybe possibly because of the tag.  Maybe I

9   was pulled over because maybe they thought I was

10  drinking again.

11      **Q.    Okay.  Do you recall approximately when the**

12  **search of that car took place?**

13      A.    I don't recall exactly.

14      **Q.    Do you file your taxes?**

15      A.    Yes.

16      **Q.    Did you file your taxes for the tax year of**

17  **2014?**

18      A.    Yes.

19      **Q.    When did you file the taxes for 2014?**

20      A.    Between January and February on the right

21  dates.

22      **Q.    So between January and February of this year,**

23  **you filed the taxes for 2014?**

24      A.    That is correct.

25      **Q.    Do you have copies of your tax returns for**



1    2014?

2         A.   Yes, in my house I do have all those copies.

3         Q.   Who prepared the tax returns for 2014?

4         A.   An authorized agent.

5         Q.   A tax preparer you mean, correct?

6         A.   That is correct.

7         Q.   Do you know the name of the tax preparer?

8         A.   I don't exactly recall, but I could get it

9    for you if you need me to.

10        Q.   Do you have the tax preparer's telephone

11   number?

12        A.   I have it at my house.

13        Q.   Where did you work in 2014 before you started

14   with Mi Bohio Restaurant?

15        A.   Before I worked for Mi Bohio I worked at

16   Triton Cafe and Restaurant.  T-R-I-T-O-N.

17        Q.   Where is Triton Cafe and Restaurant?

18        A.   Number 70 71st Street in Miami Beach.

19        Q.   What's the address again because I just

20   spaced out?

21        A.   Number 19 71st Street in Miami Beach.

22        Q.   What kind of restaurant is Triton Cafe and

23   Restaurant?

24        A.   It's a cafeteria, Latin food.

25        Q.   And what did you do there?



Orange Legal
800-275-7991

OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                                24

```
 1        A.   Cook.
 2        Q.   Same thing you did at -- same thing you're
 3   doing right now at Pan Pa'Ya?
 4        A.   Yes.
 5        Q.   Did you do anything different in your
 6   day-to-day activities at Triton Cafe and Restaurant --
 7   did you do anything different than what you're doing
 8   right now at Pan Pa'Ya Restaurant that we went over?
 9        A.   Yes.  It was different.  I didn't -- over
10   there I didn't have to take care of any merchandise.  I
11   just had to go there to cook.
12        Q.   And when did you start at Triton?
13        A.   I don't exactly recall the date.  But I could
14   give you an average of two years I worked there.  For
15   approximately two years.
16        Q.   Okay.  When did you stop working at Triton?
17        A.   I stopped working there -- exactly, I don't
18   have it.
19        Q.   Was it just before you started with Mi
20   Bohio Restaurant or was it a month before or two months
21   before?
22        A.   It passed -- about six months passed by.
23        Q.   So you were unemployed for six months before
24   you started with Mi Bohio Restaurant?
25        A.   Yes.  I went and traveled to my country
```



**Orange Legal**
**800-275-7991**

1   because I was working in construction down there.

2        Q.    In the Dominican Republic?

3        A.    That is correct; in the Dominican Republic.

4        Q.    And when did you come back to the United

5   States from your Dominican Republic visit?

6        A.    I don't recall exactly the date, but I was

7   there for about four months.

8        Q.    You said you started working for Mi Bohio

9   Restaurant September 9th, correct?

10        A.    Yes; that is correct.

11        Q.    Relative to that date, when did you return to

12   the United States?  Was it a week before, two weeks

13   before, a month before, two months before?

14        A.    After I stopped working at Triton?

15        Q.    You told me that you went back -- after you

16   stopped working at Triton, you went back to the

17   Dominican Republic where you worked for four months in

18   construction.  Then presumably you came back here,

19   because you're sitting in front of me.  When did you

20   return to the United States?

21        A.    I don't exactly recall the exact dates.

22        Q.    Was it approximately a week before you

23   started working at the defendants here, two weeks

24   before, a month before?

25        A.    Maybe a week, maybe 10 days.



1      Q.    Before you started working for Mi Bohio

2   Restaurant, correct?

3      A.    Yes.

4      Q.    How did you find the job at Mi Bohio

5   Restaurant?

6      A.    One of their managers recommended me.

7      Q.    One of whose managers?

8      A.    She had worked with them before.  She was no

9   longer working when them and she recommended me.

10     Q.    I don't know who you mean by "them."

11     A.    The person that recommended me worked for

12   them.

13     Q.    For Mi Bohio, you mean?

14     A.    Yes; that is correct.

15     Q.    And what's that person's name?

16     A.    I don't exactly recall her name at this point

17   in time, but I could get it for you.

18     Q.    Okay.  Do you know Mi Bohio Restaurant --

19   when that restaurant started?

20     A.    When I started with them they had told me

21   that they had been in business for a year.

22     Q.    Who told you that?

23     A.    The owner.

24     Q.    The name of the owner?

25     A.    Pura Abreu.



OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                                27

```
 1        Q.   All right.  During the course of the
 2   deposition I will show you documents, but before I
 3   start asking questions about them I'll just have you
 4   review at them.
 5        A.   Okay.
 6             MR. AMIT:  First one is your complaint in
 7      this case.  Mark it as Exhibit A.
 8             (Defendants' Exhibit No. A was marked for
 9      identification.)
10   BY MR. AMIT:
11        Q.   Mr. Apolinario, take a look at the exhibit I
12   have placed in front of you.
13        A.   (Witness complies.)
14        Q.   Have you seen this document before today?
15        A.   Yes, sir; I have.
16        Q.   Okay.  When was the last time you saw this
17   document?
18        A.   When I was in my lawyer's office.
19        Q.   Recently or was it when you filed the
20   complaint?
21        A.   When I put the -- when I file the case.  I
22   went to the other office and they showed my everything
23   respecting the complaint.
24        Q.   This is the complaint that you filed on
25   January 28th of this year, correct?
```



```
 1        A.    That is correct.
 2        Q.    Did you read the complaint before it was
 3   filed?
 4        A.    Yes, sir; I did.
 5        Q.    Are you able to read English?
 6        A.    No.
 7        Q.    Was the document translated to you in
 8   Spanish?
 9        A.    Yes, sir.
10        Q.    Every line was translated to you?
11        A.    Yes, sir.
12        Q.    Do you recall by whom?
13        A.    Yes.
14        Q.    Who translated it to you?
15        A.    In the office, there are people that work at
16   the office that did it.
17        Q.    Do you know the name of the person who
18   translated it to you?
19        A.    The exact name of the person who did it, no,
20   I don't recall.
21        Q.    Was it an attorney in that office or an
22   assistant?
23        A.    It was both.  It was a lawyer and it was an
24   assistant.
25        Q.    Who was the lawyer that helped you read this
```



```
 1   complaint?

 2        A.   My personal lawyer, right next to me.

 3        Q.   Ms. Garrett?

 4        A.   Yes.

 5        Q.   Other than Ms. Garrett, was there any other

 6   lawyer that translated it to you or explained the

 7   document to you?

 8        A.   Yes, sir.

 9        Q.   Which other lawyer explained it to you or

10   translated it to you?

11        A.   The person that is usually at the office

12   doing this type of job.

13        Q.   I'm talking about lawyers.  I'm not talking

14   about assistants.  Did you speak with any other lawyer

15   other than Ms. Garrett?

16        A.   No.

17        Q.   Now, when the complaint was translated to

18   you, did you understand each and every allegation in

19   this complaint?

20        A.   Yes.

21        Q.   Did you agree with every allegation in this

22   complaint?

23        A.   Yes.

24        Q.   Did you make any corrections to the

25   complaint?
```



OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                                    30

```
 1        A.   No, because everything was based on the

 2   truth.

 3        Q.   Okay.  Did you have any questions about any

 4   of the allegations in the complaint?

 5        A.   No, I really didn't.  I knew I was in the

 6   hands of people who have the ability to manage this

 7   type of work.

 8        Q.   Did you fill out any form at the lawyer's

 9   office?

10        A.   Yes.

11             MR. AMIT:  All right.  The next exhibit is

12        going to be Exhibit B.

13             (Defendants' Exhibit No. B was marked for

14        identification.)

15   BY MR. AMIT:

16        Q.   Exhibit B is your responses and objections to

17   the interrogatories.  Have you seen this document

18   before today?

19        A.   Yes.

20        Q.   When did you see it the last time?

21        A.   Last week.

22        Q.   Prior to last week, have you seen it before

23   or did you see it before?

24        A.   Yes.

25        Q.   When did you see it before last week?
```



 1        A.   Approximately two weeks ago -- two months

 2   ago.

 3        Q.   Now, if you go to the last page of the

 4   document, page six of six, is this your signature on

 5   the first line at the top of the document?

 6        A.   Yes, sir.

 7        Q.   And is this your handwriting where it says

 8   print name Otilio Apolinario?

 9        A.   Yes, sir.

10        Q.   Did you cause both your signature and the

11   name to be imprinted on the document?

12        A.   Yes, sir.

13        Q.   When you signed it, did you understand that

14   you were signing this document under oath and a penalty

15   of perjury that everything needs to be truthful in it?

16        A.   Yes, sir.

17        Q.   Did you read the document before you signed

18   it?

19        A.   Yes, sir.

20        Q.   Were all the answers printed on it before you

21   signed it?

22        A.   Yes.

23        Q.   Was it translated to Spanish for you?

24        A.   Yes.

25        Q.   By whom?



```
 1              MR. AMIT:  Don't show him, please.

 2              MS. GARRETT:  No, I'm looking.

 3   BY MR. AMIT:

 4        Q.   Who was the document translated to you by?

 5        A.   My lawyer.

 6        Q.   Ms. Garrett?

 7        A.   Yes.

 8        Q.   Did anyone check your driver's license when

 9   you signed it?

10        A.   Yes.

11        Q.   Do you know who did that?

12        A.   Yes.

13        Q.   Who did that?

14        A.   My lawyer.

15        Q.   Did you understand all responses before you

16   signed it?

17        A.   Yes.

18        Q.   Did you make any corrections to the responses

19   before you signed it?

20        A.   I always check and make sure that's what I

21   answered.

22        Q.   Did you agree with the facts stated in this

23   document as responses from you?

24        A.   Yes, sir.

25        Q.   Okay.  Who hired you at Mi Bohio Restaurant?
```



 1          A.   Ms. Purita Abreu.

 2          Q.   **What was your position with Mi Bohio**

 3     **Restaurant?**

 4          A.   I was the cook.

 5          Q.   **Was it the same position you had with**

 6     **Pan Pa'Ya Restaurant right now?**

 7          A.   Yes.

 8          Q.   **Same position you had with --**

 9               MS. GARRETT:  Triton.

10     BY MR. AMIT:

11          Q.   **-- Triton Restaurant before that?**

12          A.   The difference is that in Purita I will

13     receive merchandise.  I will cut the meat.  I will

14     literally do everything.

15          Q.   **Okay.  In Purita, did you also order the**

16     **merchandise?**

17          A.   I will make the list.  I will give it to her

18     and she will order.

19          Q.   **Now, what was your rate of pay at Mi Bohio**

20     **Restaurant?**

21          A.   They started paying me $10.00.  And

22     approximately two months, a month and a half after they

23     started paying me a dollar more.

24          Q.   **So around the beginning of November of 2014,**

25     **you started getting paid $11.00 an hour?**



 1        A.    Yes.

 2        Q.    **How often were you paid at Mi Bohio**

 3   **Restaurant?**

 4        A.    Sometimes they will pay cash.  Sometimes they

 5   will pay with a check.

 6        Q.    **My question was how often.**

 7        A.    It was always a very, very irregular pay.  It

 8   was horrible.  It was never an exact date.  It was

 9   never an exact amount.

10        Q.    **How often were you supposed to be paid at Mi**

11   **Bohio Restaurant?**

12        A.    Did I get paid?

13        Q.    **Yes.**

14        A.    I was supposed to get paid every week, but I

15   never really did get paid on the exact day.  Sometimes

16   the lady was not there.  It was always an issue.

17        Q.    **Was there ever like a money issue at the**

18   **restaurant, to your knowledge?**

19        A.    No.

20        Q.    **Who paid you whenever you did get paid?**

21        A.    Sometimes she will pay me.  Sometimes her

22   husband will.

23        Q.    **She, you mean Purita?**

24        A.    That is correct.

25        Q.    **And her husband, what is his name?**



**Orange Legal**
**800-275-7991**

```
 1        A.    Manuel Abreu.

 2        Q.    Who is Manuel Abreu?

 3        A.    Her husband and the owner as well.

 4        Q.    Who is Mariano Abreu?

 5        A.    It's Mariano.  I'm sorry.

 6        Q.    Is there a person by the name of Manuel

 7   Abreu?

 8        A.    No, there was somebody that used to visit a

 9   lot at the restaurant with that name.  Maybe that's why

10   I had it on my mind.

11        Q.    Who was your supervisor or manager at Mi

12   Bohio?

13        A.    My manager was Purita.

14        Q.    Is she the one that set your schedule?

15        A.    Yes, but her -- the schedule, she always gave

16   it to me verbally, never written.

17        Q.    Right.  But she's the one that did that

18   though?

19        A.    That is correct.

20        Q.    Is she the one that determined how much you

21   would be paid an hour?

22        A.    Yes.

23        Q.    Is she the one that gave you the one dollar

24   raise at the beginning of November 2014?  Is she the

25   one that supervises your work quality?
```



Orange Legal
800-275-7991

1        A.    Her and her husband.

2        Q.    **Did you have a regular schedule when you**

3    **worked there?**

4        A.    Yes.

5        Q.    **And what was your schedule?**

6        A.    I would work for 8:00 a.m. to 8:00 p.m.

7        Q.    **Every day?**

8        A.    Yes.  For the first seven weeks I worked

9    there alone.

10        Q.    **And what happened after seven weeks?**

11        A.    They brought in a helper two to three days a

12    week.

13        Q.    **And after they brought in the helper, you**

14    **didn't work 8:00 a.m. to 8:00 p.m. anymore?**

15        A.    No, after that we were working from 8:00 a.m.

16    to 5:00 p.m., because she was also working somewhere

17    else.

18        Q.    **Who is she?**

19        A.    Yeah.  The person that was going to help also

20    worked at a different restaurant close by.

21        Q.    **So for the first seven weeks of your**

22    **employment, your testimony is that you worked seven**

23    **days a week, 12 hours a day?**

24        A.    Yes.

25        Q.    **And then after seven weeks, you worked seven**



 1   days a week, nine hours a day?

 2        A.   Yeah.  I actually worked more.  In those

 3   seven weeks I actually only took one day off.

 4        Q.   In the entire seven weeks?

 5        A.   After the seven weeks --

 6        Q.   Okay.

 7        A.   -- from then on, when the lady got there,

 8   when I was already working with her, six weeks in only

 9   I took off one day because she couldn't stay over.

10        Q.   So the first seven weeks you worked seven

11   days, 12 hours a day, correct?

12        A.   That is correct.

13        Q.   Then the helper came and at the time you

14   worked six days a week instead of seven?

15        A.   I kept working the seven days, but I only

16   took one day off in six weeks when she was still being

17   our helper.

18        Q.   And then in those seven days that you worked,

19   you worked 8:00 to 5:00, right; not 8:00 to 8:00

20   anymore?

21        A.   That is correct, it was from 8:00 to 5:00.

22        Q.   And that's the way you worked until the end

23   of your employment, December 31st, 2014?

24        A.   No, because after that another lady came and

25   so then I would work to 4:00 p.m.  The lady will get



**Orange Legal**
**800-275-7991**

```
 1    there at 4:00 p.m., and then I started taking some days

 2    off.

 3         Q.   So how many days a week would you work at the

 4    time, on average?

 5         A.   We were working -- I was working six days,

 6    eight hours.

 7         Q.   Okay.  Now, during the first seven weeks

 8    when you worked 8:00 a.m. to 8:00 p.m., did you ever

 9    eat?

10         A.   I didn't have a helper, but, you know, you

11    take a minute to eat even if it's standing up.

12         Q.   Okay.  Did you have any break at all during

13    the day?

14         A.   Well, when there was no clientele I would

15    take a 10-minute break, but I was really always on the

16    go.  I had to clean the stove.  I had to clean the

17    dishes.  I had to make the food.  I had to do the

18    prep.  So I didn't really have much of a break.  When

19    there was no clientele, like I said, I took a little

20    break.

21         Q.   Did you ever take a half an hour break?

22         A.   No.  I never took half-hour breaks.

23         Q.   Did you ever run any errands, personal

24    errands in the middle of the day that you needed to?

25         A.   On two occasions.  I went to the bank to
```



```
 1   change my check.

 2       Q.   When were those occasions?

 3       A.   I don't exactly recall the date, but the bank

 4   was very close from where the restaurant was.

 5       Q.   You walked to the bank or you drove?

 6       A.   No, I drove to just get there quickly.

 7       Q.   And you said earlier you would prepare a list

 8   for Purita to order, correct?

 9       A.   Correct.

10       Q.   Was that just food or also supplies?

11       A.   All of the things that were needed for the

12   restaurant in the kitchen.

13       Q.   So if you needed a pot or utensils, you would

14   tell Purita and she would order it, correct?

15       A.   Yes.

16       Q.   Did you ever tell Mariano to order these

17   things?

18       A.   Yes.  I told him on one occasion.

19       Q.   But you had no reason to order them yourself,

20   correct?

21       A.   No.  I will always give her the list.

22            MS. GARRETT:  Can we take a quick break?

23            MR. AMIT:  Yes.

24            MS. GARRETT:  Five minutes.

25            MR. AMIT:  One more thing though, on the
```



```
 1      record, please.  During the break you're not

 2      allowed to speak with your lawyer.

 3              MS. GARRETT:  About the testimony.

 4              THE WITNESS:  Okay.

 5              (Whereupon, a recess was taken.)

 6   BY MR. AMIT:

 7      Q.   Were there any servers at Mi Bohio Restaurant

 8   when you worked there?

 9      A.   Waitresses?

10      Q.   Yes.

11      A.   Both.  Men and female.

12      Q.   How many female servers?

13      A.   In the morning there was one.  But at night

14   there were a few.

15      Q.   How many at night?

16      A.   Five or six, plus a bartender.

17      Q.   These were all females or all together male

18   and female?

19      A.   The waitresses were all females.

20      Q.   Okay.

21      A.   And the bartender was a male.

22      Q.   Okay.  So in the morning one female server or

23   waitress worked and then in the evening five or six

24   waitresses worked and one bartender, correct?

25      A.   Correct.  In the morning there was a
```

OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                              41

```
 1   bartender that would also serve as a cashier and a

 2   waitress.

 3        Q.    So the bartender would be the one to process

 4   payments in the morning?

 5        A.    Any of the three of us could charge the

 6   clientele for their bill.

 7        Q.    And what about in the evening, who charged

 8   the clientele in the evening?

 9        A.    At night was a new team.

10        Q.    A what?

11        A.    A new shift -- a new team of the shift.  And

12   it will be -- the waiters.  And they would have

13   somebody as a cashier and the bartender.

14        Q.    Did you ever supervise anyone at the

15   restaurant?

16        A.    Well, I was the one in charge of doing

17   absolutely everything in the kitchen.

18        Q.    Okay.  Does that include supervising other

19   individuals?

20        A.    No.  I didn't have nobody to supervise.  I

21   was practically alone in my shift.

22        Q.    Did you keep track of your time when you

23   worked for Mi Bohio Restaurant?

24        A.    No.  In this restaurant, they didn't have a

25   clock-in system or a card system or nothing like it.
```



1    Q.   Did you write your time on a piece of paper

2  or a note or a journal?  Anything like that?

3    A.   Well, since I was the only one working there

4  it was obvious that I was there from 8:00 to 8:00 at

5  night.  So the add up of the hours was literally

6  automatic for her because she knew I was there all the

7  time and I was working all of those hours.

8    Q.   Okay.  But isn't it possible that, you know,

9  the restaurant would open at 8:00 but you showed up at

10 8:30 because nobody would be there to eat anyway?

11   A.   Well, I was the one who had the keys.  So I

12 had to be there at 8:00.  There were other employees.

13 Like, for example, the person in charge of cleaning,

14 sometimes I'd have to be there to open.  So I was there

15 on time.

16   Q.   Okay.  So you opened the restaurant every

17 morning?

18   A.   Yes.

19   Q.   Who closed the restaurant?

20   A.   They would close them, the owners.  I would

21 leave at 8:00 and then they would close it.

22   Q.   Were there any instances where you left at

23 7:45 maybe or 7:30 or 6:00 at night?

24   A.   It is possible.  And the same, I would stay

25 many times if there were specific activities involved



1    for me to do.  And there were other times that I would

2    get there before 8:00 because I had things and

3    activities planned where things had to be served at a

4    certain time and meals that needed to be prepared for a

5    certain occasion.

6         **Q.   But it's possible that there were days -- for**

7    **instance, in the first seven days, it is possible**

8    **that there were days you worked less than 12 hours in a**

9    **day?**

10        A.   In those first weeks, no.

11        **Q.   Okay.  But you just told me that it's**

12   **possible that sometimes you left before 8:00.  So you**

13   **can't sit here and tell me that it was not possible**

14   **that you worked less than a 12-hour work day.**

15        A.   No, what I'm trying to say is there were days

16   that I was there before 8:00, because there were

17   activities that had to be made and food that had to be

18   made.  Maybe sent to different offices.

19        **Q.   I understand that.  But, likewise, you also**

20   **stated earlier that it was possible that there were**

21   **days you left before 8:00 at night.  Specifically, I**

22   **asked you if it's possible that you left at 7:45 or**

23   **7:30 or 6:00 and you said it's possible.  Is it true?**

24        A.   Yes, maybe it was one or two days that I

25   probably maybe have left a half-hour before.



```
 1          Q.    Now what type of restaurant is Mi Bohio

 2   Restaurant?

 3          A.    It's an International Dominican home-cooked

 4   food.  It's also a bar.

 5          Q.    What kind of food do they serve?

 6          A.    Seafood, steaks, different birds.

 7          Q.    Different birds?

 8          A.    Yeah.

 9          Q.    Did they serve ostrich?

10          A.    Specifically duck.  Different types of --

11          Q.    Okay.  I was about to ask if it was a Chinese

12   restaurant.

13          A.    They really like how they prepare them.

14          Q.    And you cooked everything, right?

15          A.    Yes, sir.

16          Q.    What was your favorite dish?

17          A.    Mofongo filled will different seafood.

18          Q.    What is Mofongo?

19          A.    It's plantain puree and it's stuffed with

20   seafood.

21          Q.    How much does it cost or did it when you

22   worked there?

23          A.    $20 to $22, on average.

24          Q.    All right.  How many locations did Mi Bohio

25   have when you worked there?
```

```
 1        A.    They have another business, but not a

 2   restaurant.

 3        Q.    How many restaurant locations did Mi Bohio

 4   Restaurant have?

 5        A.    Only one.

 6        Q.    You mentioned there was another business.

 7   What type of business is that?

 8        A.    A beauty spa -- a beauty salon.

 9        Q.    Did you ever do any work for the beauty

10   salon?

11        A.    I would serve food to the employees.  I would

12   go there.

13        Q.    Did you ever color hair or, you know, prepare

14   material for the hair salon, cut hair?

15        A.    No.  I only cooked for people in the salon.

16        Q.    Okay.  But you didn't cook for people at the

17   salon.  You cooked for the restaurant, the restaurant

18   served for the salon?

19        A.    They will order food every day.

20        Q.    From the restaurant?

21        A.    Yes.

22        Q.    And as a cook, describe for me, as specific

23   as you can, all the tasks that you did every day.

24        A.    In the morning, in the first hour, I make

25   sure that everything was clean and perfectly
```



1    conditioned, hygiene.  And check all of the products in

2    storage to start working with them.  At this point, I

3    would start working on the specials of the day.  I will

4    then make a list of the things that we will run out of,

5    or any other products that we will be missing for

6    preparation of meals for that day or in general.  And

7    this will be just the beginning to start cooking.  And

8    that way by 11:00 a.m. all the basics for the soups,

9    the creams, the rice was already prepared.  And at the

10   same time I was preparing for the lunch I would have

11   clients coming in that will request breakfast.  So I

12   would work them both, because the doors were open a

13   half hour after I got to the restaurant, the doors will

14   open.

15       Q.   Anything else?

16       A.   That is my explanation.

17       Q.   The first thing you said was make sure

18   everything was clean and in a good-hygenic condition.

19   By everything what do you mean?  Utensils; pots?

20       A.   All of the things that I needed to use to

21   work in the kitchen.

22       Q.   Okay.  The next thing you said was check

23   products and storage.  What does that mean?

24       A.   Well, to check the amount of stuff that we

25   had in there.  If we had more of something that's



1    there, I would decide what the special would be that

2    day.

3         Q.   And then work on specials.  Do you mean

4    cooking them?

5         A.   That's correct.

6         Q.   And then the next thing you said was make a

7    list to order.  Is that the list that you said you gave

8    Purita to order?

9         A.   I will constantly be checking on the list so

10   we didn't have any products missing in storage.

11        Q.   But you would give that list to Purita,

12   right?

13        A.   Yes, sir.

14        Q.   Always?

15        A.   Sometimes she wasn't there and I would send

16   it with her parents.

17        Q.   And then you said you started cooking all the

18   basics, the rice, the soups, correct?

19        A.   That's correct.

20        Q.   And then while doing all of this you would

21   also serve breakfast to the occasional breakfast

22   customer?

23        A.   Not on occasions, all of the time.  The

24   restaurant was open at 8:30 and now you had to be ready

25   to make breakfast and whatever else.



1        Q.    What I meant by on occasion, sometimes they

2    would show up; sometimes they wouldn't show up.

3        A.    That is correct.

4        Q.    Other than what you told me, and we went over

5    this, can you think of anything else you did for the

6    restaurant?

7        A.    Since I did not have a helper, after I cooked

8    I also had to wash everything, the pots, the

9    instruments that I was cooking with.  Cleanup after

10   whatever area I was cleaning.  Remember, I was alone.

11       Q.    Anything else?

12       A.    Because I didn't have a helper and I had to

13   do all of the cleaning by myself.

14       Q.    That's it?

15       A.    Yes.

16       Q.    Okay.  Do you know where Purita ordered food

17   from?

18       A.    She used to tell me that she bought the

19   things at Restaurant Depot.

20       Q.    And where is that; do you know?

21       A.    I know it's around the same Hollywood area.

22   I never went since I was always in the kitchen working

23   and cooking.

24       Q.    But it's here in Florida?  It's not in

25   Georgia or in --



```
 1        A.    Yes, sir.

 2        Q.    And you never went there yourself to buy

 3    these things, right?

 4        A.    No, I never went in person.  I always would

 5    write lists, give it to her and tell her exactly what

 6    was needed in the restaurant.

 7        Q.    Now, the pots and pans and knives and cutting

 8    boards, all of the equipment that is used in your

 9    kitchen, do you know where that came from?

10        A.    When I got there everything was there, the

11    pots, the tables to cook, the tables to chop, and the

12    pots, and the instruments, everything was there.

13        Q.    Okay.  So nothing was bought -- no equipment

14    was bought while you were working there for four

15    months, correct?

16        A.    No, they never bought new equipment.

17        Q.    Was there an office space at the restaurant?

18        A.    Yes.

19        Q.    Describe for me that office.  What was in

20    that office?

21        A.    Basically it was just a small desk.  But they

22    were really using it as more of a storage to put

23    expensive liquor in.

24        Q.    Anything else that you recall visibly from

25    that office?
```



**Orange Legal**
**800-275-7991**

OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                                                    50

1          A.    In another part of the office there was also

2     a lot of table cloths for events and glassware as well

3     for the special events.

4          Q.    Was there a computer on the desk?

5          A.    Yes.  There was a monitor that would show

6     cameras in action or, you know, that would record what

7     would happen.

8          Q.    Okay.  Did you ever doing accounting for Mi

9     Bohio Restaurant?

10         A.    No, I never did.

11         Q.    Did you ever have access to the company's

12    bank account?

13         A.    No, sir.

14         Q.    Did you ever have any reason to communicate

15    with the company's accountant or bookkeeper?

16         A.    No, I never met him.  I don't even know if

17    they had an accountant or not.

18         Q.    Was it part of your job description to

19    use the internet, telephone or fax in the office

20    regularly?

21         A.    No.

22         Q.    Do you have personal knowledge of Mi Bohio

23    Restaurant's finances?

24         A.    I don't know nothing about their finances.

25    The only thing I could tell you is that physically I



**Orange Legal**
**800-275-7991**

```
 1    saw a lot of people going in.

 2        Q.    In 2015, you did not work at Mi Bohio,

 3    correct?

 4        A.    That is correct.

 5        Q.    Look at Exhibit A, your complaint.  Do you

 6    have it in front of you?  Paragraph 14.  Now, you

 7    remember you told me earlier that it was read to you

 8    and you had agreed that everything was accurate in

 9    there?

10        A.    That is correct.

11        Q.    Because it was translated to you and you did

12    that all before it was filed.  Now, in paragraph 14 the

13    complaint that you say is accurate states information

14    and belief that the defendant corporation's gross sales

15    or business done is expected to exceed 500,000 for the

16    year 2015.

17             THE INTERPRETER:  I would request a

18        two-minute sight translation for that before -- so

19        I could accurately translate it.

20             MR. AMIT:  Just read paragraph 14 to him.

21    BY MR. AMIT:

22        Q.    If you weren't there at all during that year,

23    what information do you have to base that belief on?

24        A.    According to how I saw the restaurant moved

25    and how they had a band playing, international
```



1   events happening, and just the volume of people I saw

2   when I worked there I just assumed this was a correct

3   thing.

4        Q.   Okay.  So you assumed it; you have no real

5   information about that, correct?

6              MS. GARRETT:  Objection to form.

7        A.   I don't have written numbers, but that's what

8   I observed.

9   BY MR. AMIT:

10       Q.   But how did you observe it if you weren't

11  there in 2015, not a single day?

12       A.   When I refer to that is I'm referring to the

13  time when I worked there and I remember how it was.  I

14  assumed that this year had to be a more prosperous year

15  for them.

16       Q.   Do you have anything to base your assumption

17  on?  Any concrete information about that?

18              MS. GARRETT:  Objection to form.

19       A.   What I understand that the time that I was

20  working there I saw that the business was in growth --

21  was growing, inclusive in November and December the

22  activities that we were getting done, it showed that

23  the business was going up and growing.

24  BY MR. AMIT:

25       Q.   Did you see any business going up or growing



1    in 2015?

2         A.   No, because I wasn't there in 2015.  But I am

3    referring to the time where I was working there.

4         **Q.   So as to paragraph 14 of the complaint that**

5    **you said is very accurate, because you read it before**

6    **it was filed, you'll agree with me that you do not have**

7    **any real facts that support your allegation that**

8    **Mi Bohio Restaurant is grossing more than 500,000 this**

9    **year?  You can't have any information because you**

10   **haven't been there.**

11        A.   Now, before I worked anywhere or any employee

12   has the ability to know this type of information for

13   any business that I work for.  I would not have access

14   to finding out how much they were making.

15        **Q.   So the short answer to your answer is no,**

16   **correct?  You do not have information as to how much**

17   **Mi Bohio Restaurant is grossing in 2015?**

18        A.   That's an estimate I've done.

19        **Q.   Now, as to 2014, what real information or**

20   **evidence do you have to support your belief that the**

21   **business grossed more 500,000 in that year?**

22        A.   Written evidence, I don't have.  But the

23   evolution of the business and the way -- how the

24   business was working, how the kitchen was moving, what

25   was being bought --



1        Q.    Okay.

2        A.    Again, I don't have any specific notes.  But

3   as a cook and the experience I have, I could tell you

4   that I could see the movement of the place.

5        **Q.    Please explain to me how your experience**

6   **leads you to believe that the business grossed more**

7   **than 500,000 in 2015.  Try to be as specific as**

8   **possible.**

9        A.    For example, I'm going to say that on a daily

10  basis, during a good day we would sell $2,500.  And at

11  night they would sell anywhere from $4,000 to $5,000.

12  You can see the growth.  That's an average.  I will --

13  if that's what was being made a day, you multiply that

14  by the month, take whatever expenses and multiply that

15  by 12.

16       **Q.    Did you look at the finances of the company**

17  **to see exactly how much they were pulling in?**

18       A.    No.  I didn't --  I never really looked at

19  them.  What I know and what I'm aware is of the

20  movement that was happening.

21       **Q.    How many tables did that restaurant have when**

22  **you worked there?**

23       A.    Approximately it was 20 to 30 tables.  If

24  there were special events we would add tables; or the

25  same way, we would take less tables if we need it.



OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                                                            55

```
 1        Q.    How big were the tables?  Were they tables

 2    for like two, four, six, eight?

 3        A.    Tables for four.  There could be 30 to 35

 4    tables.

 5        Q.    During the day, were they always full all at

 6    the same time?

 7        A.    During the day they weren't all full at the

 8    same time.  Maybe 15 at a time.  Maybe people will come

 9    and go, breakfast, lunch.

10        Q.    And you said that during the day there was

11    one server that served the place, correct?

12        A.    It was one server, one bartender and one

13    cashier all working together.

14        Q.    Do you have any other information that would

15    support your belief that Mi Bohio Restaurant grossed

16    more than 500,000 in 2014?

17        A.    Like I said, based on my experience and the

18    amount of parties and events we were having, baby

19    showers, office events, bachelorette parties and so

20    forth, I could tell you there were a lot of things

21    happening.

22        Q.    But you don't know how much they charge for

23    these events; do you?

24        A.    For the events I will give the price.

25        Q.    Okay.
```



Orange Legal
800-275-7991

OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                                          56

1        A.   For example, for 100 people it would be 2,000

2    or 1,500, all depending.

3        **Q.   Was Thanksgiving one of the big events that**

4    **was there when you were there?**

5        A.   For that, Thanksgiving, it was a big event.

6    There were actually three different activities that

7    day.  I have a paper.  I have a document.  There was

8    one of those events where the price, I know, a price

9    range between 1,000 to 1,200.

10       **Q.   And how often a party like that, 1,000 to**

11   **1,200, would that happen?**

12       A.   This is something I still have not mentioned.

13   Friday and Saturday, they had a couple cooking to the

14   a.m. hours in the morning because they had a lot of

15   things going on.

16            MS. GARRETT:  Every weekend?

17       A.   Every weekend.

18   BY MR. AMIT:

19       **Q.   You're still not answering my question.  My**

20   **question is:  How often would you have those big**

21   **parties like Thanksgiving?**

22       A.   It was very often.  They will have it on the

23   dates, on the calendar.  And the events would happen

24   very often.  The people that would contract us would

25   give them the down payment and then we will move



Orange Legal
800-275-7991

OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                                          57

1    forward from there.

2         Q.    Okay.  How many parties like that did you

3    cook for?

4         A.    In the four months I was there, I probably

5    worked 17 to 18 events.

6         Q.    Is any particular reason why you only have

7    one -- why you provided only one receipt or one

8    invoice?

9         A.    Because every time when we sat down we will

10   talk to the person and we will tell them that they have

11   to pay cash.

12        Q.    Okay.  But why do you have only one invoice

13   or one order form?

14        A.    I have only that one because the person who

15   was in charge of taking the food made a copy of it and

16   gave it to me so I could see that everything was

17   complete -- that everything that was in there was

18   complete.

19        Q.    Did that person not give you invoices like

20   that for the other 16 parties that you did?

21        A.    Most of the activities that were done there

22   that were from people that lived around the area.  What

23   I will do is I will offer them the dishes that they

24   would like.  Like a pasta or chicken or steak.  But

25   everything about -- related to the money was



**Orange Legal**
**800-275-7991**

```
 1    directly dealt with her.  And they will deal with her

 2    for that.

 3         Q.   Purita you mean?

 4         A.   Yeah.

 5         Q.   How did you come about this Exhibit C?  How

 6    did it land in your hand?  Please look at Exhibit C, so

 7    you know what I'm talking about.

 8              (Defendants' Exhibit No. C was marked for

 9    identification.)

10         A.   The lady that was going to take the food to

11    this place took -- made a copy of this document and

12    gave it to me to make sure that the food that was being

13    sent was accurate.

14    BY MR. AMIT:

15         Q.   You mean Purita gave you a copy of this?

16         A.   No.  The employee that took the food -- that

17    delivered the food.

18         Q.   Is that the only delivery that that employee

19    delivered when you were there?

20         A.   Yes.  This is the only delivery that she did

21    because this is a meal that she recommended to her

22    mother or a friend of her mother and she did this

23    delivery personally.

24         Q.   Did you ever receive orders like that or

25    invoices -- order forms like this one for any other
```



```
 1   party that you cooked for?

 2        A.   No.  When we would do the parties we will

 3   write the food and things that were needed on a

 4   document like this.

 5        Q.   Did you ever see other documents like this

 6   one for parties other than the Thanksgiving party?

 7        A.   No.  I spoke to a lady over the phone that

 8   wanted some food for the Aventura area.  And I would

 9   just talk to her.  I talked to her over the phone.  I

10   figure out what she wanted to eat and she came over to

11   get somebody -- to come to pick it up.

12        Q.   Do you know how the client paid for this

13   party that we have Exhibit C for?

14        A.   The person who delivered the food was the

15   person who charged the people about the food.

16        Q.   Do you know how she charged or -- it's a she,

17   right, because you said she before?

18        A.   Yes.

19        Q.   Do you know how she charged it?

20            MS. GARRETT:  I'm sorry.  I'm going to

21        interrupt.  I think he said how she changed it,

22        not how much.  You said (speaking Spanish.)

23            MR. AMIT:  Yeah.  I said how.

24        A.   I assume with a credit card.

25   BY MR. AMIT:
```



```
 1        Q.    How were servers paid at the restaurant; do
 2   you remember?
 3        A.    To me, they will pay me cash.  Sometimes they
 4   will pay me with a check.  And to the rest, they would
 5   pay them cash.
 6        Q.    Did you ever keep copies of the checks?
 7        A.    I believe I have a copy.
 8        Q.    You believe you do not have a copy?
 9        A.    Yes, I have one copy.
10        Q.    Do you have a bank account?
11        A.    Yes.
12        Q.    What did you do with the checks?  Did you
13   deposit them in your bank account?
14        A.    I always go change it.
15        Q.    What do you mean change them?  You would cash
16   them or deposit them?
17        A.    No.  I would go change it to the bank.
18        Q.    So you would deposit them into your bank
19   account?
20        A.    No.
21        Q.    So you would go to the bank of Mi Bohio
22   Restaurant and you would cash the check?
23        A.    Yes.  I would change it in the bank --
24   restaurant's.
25        Q.    Did you ever deposit any of the checks given
```



```
 1    to you by Mi Bohio Restaurant into your own bank

 2    account?

 3         A.   No, I didn't deposit them because when I did

 4    a couple of times the check had no funds.

 5         Q.   So the checks bounced?

 6         A.   At that point the person told me, no, we

 7    can't change the check.  And the person would tell me,

 8    no, we cannot change the check right now; there is no

 9    funds.

10         Q.   What is your banking institution in which you

11    had any interest between September 9th, 2014 and

12    January 7th, 2015?

13         A.   Chase.

14         Q.   Chase.  Okay.  And what was your Chase Bank

15    account number?

16         A.   At this point in time right now I don't know

17    the number.  I don't have it.

18         Q.   Is the bank account in your name alone?

19         A.   Yes.

20         Q.   Do you have any -- is that a checking

21    account?

22         A.   Yes.

23         Q.   Do you have a savings account?

24         A.   No.

25         Q.   Do you have only one bank account at Chase?
```



OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                                                      62

```
 1        A.   Yes.
 2        Q.   Do you have any bank account with any other
 3   bank other than Chase?
 4        A.   No.
 5        Q.   Is the bank account under the name of Otilio
 6   Apolinario?
 7        A.   Yes.
 8        Q.   Do you still have a copy of that one check
 9   that you say you have a copy of?
10        A.   Yes.
11        Q.   Why did you not provide it in response to the
12   request for production to ask for any documents to
13   support your claim that you owned?
14        A.   Because I have a lot of documents in a place
15   and I just found it.
16        Q.   When did you "just found it"?
17        A.   Approximately 10 days ago.
18        Q.   Did you tell it to -- did you provide a copy
19   of it to your lawyer?
20        A.   No, I haven't given it to her yet.
21        Q.   Under the rules of procedure you have the
22   obligation to supplement your responses and provide
23   documents as you find them.
24        A.   Yes, sir.
25        Q.   When are you going to give it to your lawyer
```



1    so that I can see a copy?

2        A.    I will give it to her tomorrow.

3        Q.    Okay.  Because by the end of the week, if

4    not, I'm going to have to ask the Court to supervise

5    that.

6        A.    Okay.

7        Q.    So I expect to get it from you.

8        A.    Yes, sir.

9        Q.    Now if you read and understood the

10   allegations in your complaint, can you explain to me

11   what you meant by defendants' business affected

12   interstate commerce?

13          MS. GARRETT:  Objection to form.

14       A.    You mean that I meant that the commerce of

15   the defendant affected me?

16   BY MR. AMIT:

17       Q.    I'm reading the complaint that you said

18   earlier that you understood and it was translated to

19   you and you agree with everything in it.  Paragraph 11

20   of your complaint that you said that you understood it

21   and agreed with, has the following sentence in it:

22   Both the defendants' business and the plaintiff's work

23   for the defendants affected interstate commerce for the

24   relevant time period.

25          What did you mean by that?



OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                                      64

1      A.   What I was really referring to about what I

2   was doing for them.  But I don't -- I never said that

3   it was affecting anything.

4      **Q.   Well, your complaint did.  The one that you**

5   **said you read and understood and agreed to.**

6           MS. GARRETT:  Objection to form.

7   BY MR. AMIT:

8      **Q.   So I'm trying to figure out what you meant**

9   **with that sentence that you agreed with.**

10     A.   Maybe it was a mistake made by me.  And the

11  expression was misunderstood.

12     **Q.   What do you mean by it was misunderstood?**

13  **The expression was misunderstood?**

14     A.   What I mean is -- what I was referring to is

15  that I would serve food also to the people that in the

16  different businesses of them.

17     **Q.   So you served food to people that work in**

18  **other different businesses, is that what you're trying**

19  **to tell me?**

20     A.   Of their businesses.

21     **Q.   Okay.  And how did that affect interstate**

22  **commerce?  Do you know what interstate commerce is?**

23     A.   Yes, of course.

24     **Q.   What is it?**

25     A.   The type of relationship in between -- for



Orange Legal
800-275-7991

1  example, what they will buy, the company will buy from

2  outside the state.

3     Q.   So interstate commerce in your understanding

4  is commerce between Florida and other places?

5     A.   That is correct.

6     Q.   How did your work affect business between

7  Florida and other places?

8     A.   For example, we would use other products from

9  another state.  For example, from Ohio, we would use

10  the Clorox.

11     Q.   How do you know the Clorox came from Ohio?

12     A.   I have read and I have documented myself.  I

13  have read.  Also the olive oil, Baluster, it will come

14  from Spain.

15     Q.   Okay.  And all these things were purchased at

16  Restaurant Depot?

17     A.   How they did acquire, I really -- I'm not a

18  hundred percent sure.  I would give them the list and

19  they will get the products.

20     Q.   Now, all of the clients of the restaurant --

21  the customers of the restaurant, came to its location

22  in Pembroke Pines, correct?  It's in Pembroke Pines; is

23  that correct?

24     A.   If all the clients that would go to the

25  restaurant are from Pembroke Pines?



1       Q.    No.  All of them would come to the restaurant

2   to eat, right?

3       A.    Yes.

4       Q.    Do you know if the restaurant had food sent

5   to places other than Florida?

6       A.    No, I don't know.

7       Q.    Did you ever cook food that was sent outside

8   of Florida?

9       A.    No.  All the food that was sent locally,

10  Davie, Hollywood.

11      Q.    Do you know if Mi Bohio Restaurant ever

12  advertised outside of Florida?

13      A.    I actually spoke in a radio show promoting

14  the restaurant, but it was locally.

15      Q.    Did you ever travel outside of Florida for

16  work-related activities for Mi Bohio Restaurant?

17      A.    No, sir.

18      Q.    Did you ever conduct any -- you personally,

19  not the restaurant, did you ever transact any business

20  with individuals or companies from outside of Florida

21  for the restaurant?

22      A.    With respect to the restaurant?

23      Q.    Yes.

24      A.    No.

25      Q.    Go to Exhibit B, please.  Go to interrogatory



**Orange Legal**
**800-275-7991**

```
 1   number three.  Page two of six.  Interrogatory

 2   number -- Jaclyn Florin.  Who is Ms. --

 3              THE INTERPRETER:  I'm sorry.  Two of six?

 4              MR. AMIT:  Yeah.  Page two of six.

 5        Interrogatory number three.  Item number one.

 6              MS. GARRETT:  Just to clarify, the

 7        question number three, is this question at the

 8        top.

 9              THE INTERPRETER:  Oh, okay.

10              MS. GARRETT:  The answer is in bold below,

11        okay.

12              THE INTERPRETER:  Okay.

13   BY MR. AMIT:

14        Q.    Item number one.  Who is Jaclyn Florin?

15        A.    That's the lady that does the cleaning.

16        Q.    What knowledge does she have about your

17   claim?

18        A.    I spoke to her and I told her I was putting a

19   lawsuit.

20        Q.    When did you speak to her?

21        A.    About two months ago.

22        Q.    So that was after you filed the lawsuit,

23   correct?

24        A.    I really wasn't planning on talking to none

25   of the employees, but I decided that it would be
```

1    important because this is proof that all of the

2    employees could say that I worked at this place and

3    what I did and the type of job I did.

4         Q.   Did you ask her to give testimony for you?

5         A.   No.  I just asked her if there was a lawyer

6    or a judge that wrote to her asking her if she was a

7    partner in work as an employee with me to agree with

8    that, as it is true.

9         Q.   Okay.  So you told her to agree with whatever

10   would be ask of her?

11        MS. GARRETT:  Objection to form.

12        A.   No, none of that.  I just told her that just

13   in case a lawyer or the judge asks or needed a letter

14   or sent her a letter saying that if she did work with

15   me to say, yes, she did indeed work with me.

16        Q.   Other than that, did you ask her anything

17   else -- did you ask her to say anything else other than

18   that?

19        A.   I don't consider that she needs to say

20   nothing else.  I just asked her to say that we worked

21   together, which is true.

22        Q.   When did she work with you, do you know?

23        A.   She -- since I started until I left and she

24   still works there.  She still currently works there.

25        Q.   Did you get any statement from her, written



```
 1   or verbal?

 2        A.    We usually talk over the phone.  We keep in

 3   communication.  Sometimes she asks for some medicine

 4   from my country and stuff like that.

 5        Q.    How often do you speak to her?

 6        A.    After I left the place, four or five times.

 7        Q.    Is she a friend or an acquaintance of you and

 8   your family?

 9        A.    She knows my wife in Santa Domingo because

10   she brought me some documents once.

11        Q.    She brought you documents from Dominican

12   Republic?

13        A.    Yes.

14        Q.    Who asked her to bring the documents here?

15        A.    I asked her husband that was here and he was

16   in Santa Domingo.  And she said, yes, that's how she

17   met my family.

18        Q.    Do you consider her a friend?

19        A.    A friend from work.

20        Q.    Do you -- what did Jacqueline tell you in the

21   conversation you had with her about the lawsuit?

22             MS. GARRETT:  Objection to form.

23        A.    She didn't answer anything.

24   BY MR. AMIT:

25        Q.    So when you asked her to say that she worked
```



**Orange Legal**
**800-275-7991**

1    with you, what did she say in response?

2         A.   No, my question to her was if God forbid a

3    letter from a judge or a lawyer was needed if she would

4    agree to make this letter saying that we were indeed

5    working together or that we had worked together.

6         Q.   And what did she say?

7         A.   That it was no problem whatsoever.

8         Q.   Janet Libiano, who is she?

9         A.   She's the cashier.  She was a cashier.

10        Q.   And what information would she have about

11   your claim?

12        A.   The same as with Jackie.  I told her exactly

13   the same I told Jackie.  Just in case that a letter was

14   needed saying that we worked together.  If she was able

15   to do and produce this, and she agreed.

16        Q.   Other than agreeing to produce a letter, if a

17   letter was needed, did she say anything else to you in

18   the conversation?

19        A.   No.  We didn't speak of anything else.

20        Q.   Okay.  Did she provide any written statement

21   to you?

22        A.   No.  She didn't give me nothing written.

23        Q.   How often do you speak with Janet Libiano?

24        A.   I haven't spoken to her in a long time.

25        Q.   When was the last time you spoke with her?



```
 1        A.    Approximately two and a half months ago,

 2   three months ago.

 3        Q.    Did you speak to her by telephone or in

 4   person?

 5        A.    By phone.

 6        Q.    Is she also from the Dominican Republic?

 7        A.    Yes, sir.

 8        Q.    What about Dory Villanueva, what knowledge

 9   does she have?

10        A.    The same.  She went there to do cake and the

11   desserts.  And I asked her the same things that I asked

12   the other two ladies.  And she said, of course, there's

13   no problem, everybody knows me.  Even her father could

14   give me a reference.

15        Q.    But when did she work with you, Dory

16   Villanueva?

17        A.    She only worked two weeks.

18        Q.    When?

19        A.    I don't have the exact date.

20        Q.    Was it closer to when you started or closer

21   to when you finished?

22        A.    It was the beginning.

23        Q.    Generally when did she work with you?

24        A.    All of the time.

25        Q.    And Jacqueline worked all of the time too?
```



```
 1      A.   Yes.  I left and she was still there.
 2      Q.   She started before you?
 3      A.   Yes; that is correct.
 4      Q.   And what was their schedules; do you know?
 5      A.   Their schedule?
 6      Q.   Yeah.  What was Jacqueline's schedule when
 7   you worked there?
 8      A.   8:00 a.m. with me, 12:00/12:30.
 9      Q.   8:00 to 12:00/12:30.  So four and a half
10   hours a day?
11      A.   Yes.
12      Q.   So she wouldn't know when you finished
13   working, right?
14      A.   Yeah.  Because she would leave and I would
15   stay.
16      Q.   So she would not know?
17      A.   No, she didn't know when I left.
18      Q.   Okay.  Now what about Janet Libiano, what was
19   her schedule?
20      A.   Libiano would leave at 5:00 in the afternoon.
21      Q.   When would you start?
22      A.   At 8:00 or maybe 8:30.
23      Q.   So she would not know when you left the
24   restaurant in the first seven weeks that you worked
25   there, right?
```

 1          A.   No, but really what I was asking them, it
 2     wasn't about the time I would be leaving, but that we
 3     worked together in the restaurant.
 4               THE INTERPRETER:  I need a two-minute
 5          break, a bathroom break.
 6               (Whereupon, a recess was taken.)
 7     BY MR. AMIT:
 8          Q.   On the same document, B, which is your
 9     answers under oath, go to interrogatory number five.
10     The question is at the bottom of page two of six and
11     your answer is at the top of page three of six.  Your
12     answer is on the next page.  I'll point you to the end
13     of the second sentence of your answer, where you
14     state -- and I quote, "And I saw defendants handle a
15     lot of cash on a daily basis from customers."
16               THE INTERPRETER:  You know what, I don't
17          know --
18               MR. AMIT:  Just read the highlighted
19          portion.
20     BY MR. AMIT:
21          Q.   Do you see where you said that under oath?
22          A.   Yes.
23          Q.   How much is a lot of cash?
24          A.   Well, you could see the movement throughout
25     the day in the sales, and you can see how much is being

```
 1    sold.
 2         Q.    How much is it?  Give me a number.
 3         A.    Well, you can say maybe 2- to 3,000.
 4         Q.    Did you ever see 100,000?
 5         A.    I've never seen the handling of money like
 6    that.  I see the movement of people coming and going.
 7         Q.    Okay.  Did you actually see the defendants
 8    handle a lot of cash?
 9         A.    Yes, I did saw them -- I did see them
10    managing a lot of cash.
11         Q.    Okay.  But how much was a lot of cash when
12    you saw it?
13         A.    A lot of cash because, they didn't really
14    use too many credit cards.
15         Q.    But when you saw it, how much cash did you
16    see?
17         A.    I don't have any exact number because I never
18    touched the money.
19         Q.    When you saw the defendants handle a lot of
20    cash, who specifically handled that cash from the
21    defendants?
22         A.    The owner, the lady --
23         Q.    Purita?
24         A.    -- she would get the cash and put it away and
25    she was the one managing the cash.
```



1      Q.    And after she put it away, do you know what

2   she did with it?

3      A.    No, I don't.

4      Q.    How often did you see Purita handle cash?

5      A.    Every day she would come and get the money

6   out of the box and -- every day.

7      Q.    You don't know -- on any occasion, you don't

8   know how much cash was really a lot of cash, right?

9      A.    I cannot know the exact amount of cash that

10  was handled.  I'm not an accountant and I can't make

11  that guess.

12     Q.    Now the end of that paragraph in the

13  response, the last sentence reads as follows:  In

14  addition, I cooked ahead for big parties of 80 to 100

15  customers who were charged at least $1,000 just for me

16  to prepare food for them to pick up.

17           Do you see that sentence?

18     A.    Yes.

19     Q.    When you say at least $1,000, do you mean

20  $1,001 or 10,000?

21     A.    It was $1,000 for 80 and then after that

22  maybe 12 to 15 per person.

23     Q.    And how often did you cook ahead for big

24  parties of 80 to 100 customers who were charged at

25  least $1,000 just for you to prepare food for them to



 1   pick up?

 2        A.   It's possible that I cook for parties for

 3   less people that were charged more.

 4        Q.   Okay.

 5        A.   Because it also depended on what they wanted

 6   cooked.  If they wanted lobster or they wanted shrimp.

 7   What they wanted.

 8        Q.   But sitting here right now really you don't

 9   have any clear recollection of how much was paid by

10   whom and when, correct?

11        A.   She will have an agenda like this, a paper

12   like this where she would write the amount.

13        Q.   But you don't know, sitting here today, how

14   much was paid by who, how often, and for what -- or

15   what was done for that money, correct?

16        A.   What was done with this money?  She's the

17   only one that knows.  I don't have a record of these

18   documents because she was the only one who managed

19   these documents.

20        Q.   So to answer my question in a short way --

21   and listen to my question carefully -- is it true or

22   not that you do not have personal information sitting

23   here today how often Mi Bohio Restaurant had big

24   parties?  How much money was paid for these parties?

25   How that money was paid?  What was done with that money



```
 1    afterwards?  You don't have any information about this

 2    sitting here today?

 3         A.   That is correct.  The information that I have

 4    is what I've seen and what I did and what was done at

 5    that point in time.

 6         Q.   But you don't clearly remember any of that

 7    today, correct?

 8         A.   I do remember sitting down with her and the

 9    person making the deal agreeing on the prices and so

10    forth.

11         Q.   But you can't tell me today how much those

12    prices were?  How often you did those deals?  You can't

13    say?

14         A.   To this day I never really saw -- would have

15    to see myself in this position because I worked really

16    hard and I did my job and I never thought I would have

17    to be in this position.

18         Q.   Okay.  So the answer is no, right?  You don't

19    have a clear recollection of specifics about how much

20    was paid and when, by whom?

21         A.   Yeah, specifically I don't.

22         Q.   All right.  How often did the checks that you

23    received from Mi Bohio Restaurant bounce?

24         A.   A few different times.

25         Q.   More than five times?
```



1        A.    Yes.

2        Q.    More than ten times?

3        A.    No.

4        Q.    Did you ever ask Purita or Mariano why the

5    checks bounced?

6        A.    I will ask them, they always have the same

7    answer.  That they had given more checks than what they

8    were supposed to and they didn't really have a good

9    record.  And that was their answer, always.

10       Q.    Did they ever tell you that they were having

11   health insurance difficulties?

12       A.    No.  They will say, no, I will pay you in an

13   hour.  In two hours I will have the money.

14       Q.    And they always have the money in an hour or

15   two hours?

16       A.    Sometimes.  Maybe one day they will take four

17   or five hours, but they will give me the money

18   eventually.

19       Q.    Do you know where they got the money from

20   when they gave it to you eventually?

21       A.    I suppose it was from the restaurant because

22   the sales were continued.

23       Q.    Okay.  Tell me a little bit about Triton

24   Supermarket.  What was that about?

25              MS. GARRETT:  Objection to form.



**Orange Legal**
**800-275-7991**

1        A.    Domingo Coca, a very good boss.  He always

2    paid me on time.  But I work with him also 50 hours a

3    week and he never paid me overtime.  On a Sunday that I

4    was working I asked the manager to let me go to my

5    house for an hour because my son was sick, when I came

6    back the next day the husband of his daughter, who is

7    the owner of the other supermarket, said that he was

8    going to fire me because I went to my house the day

9    before.

10   BY MR. AMIT:

11       **Q.    Is that why you stopped working for Triton**

12   **Restaurant and Supermarket?**

13       A.    He fired me, but I never in my life thought

14   about doing any type of lawsuit against them at all.

15   Never in my life I thought I would.  The person gave me

16   a check and wrote it and gave it to me like I was a

17   dog.

18       **Q.    So you never thought you would file a lawsuit**

19   **against them, but you did, right?**

20       A.    Yes, I did.  I did it when I lost my job.

21   And after he fired me, and the way I worked, and I was

22   always an on-time employee, and the way he fired me, I

23   considered that he should have paid me the overtime

24   that he never paid me.

25       **Q.    How did Mariano and Purita treat you?  Did**



 1   **they treat you well?**

 2        A.   Mariano, what's personal, he is a gentleman.

 3   Purita, she's very nice.  She's very sweet, but when we

 4   talk about work and about the way she pays and the

 5   things about what should be done correctly at work, she

 6   wasn't the greatest.

 7        Q.   **What do you mean by that?**

 8        A.   That they are good people, but as an employee

 9   they didn't, you know, they didn't take care of me as

10   they should have.

11        Q.   **What should have they done that they didn't**

12   **do?**

13        A.   That they should have paid me the overtime

14   hours that I was working.

15        Q.   **When did you file the lawsuit against Triton**

16   **Supermarket?**

17        A.   Two to three weeks after I was fired.

18        Q.   **When you started working for Mi Bohio**

19   **Restaurant, the lawsuit for Triton Supermarket was**

20   **pending already, right?**

21        A.   Yes.

22        Q.   **Okay.  So you knew about, you know, overtime**

23   **and the need for employers to pay you if you work more**

24   **than 40 hours, right?**

25        A.   Yes, everybody knows that here in the United



**Orange Legal**
**800-275-7991**

```
 1   States.

 2        Q.   So in the seven weeks that you work 84 hours

 3   a week, did you ever bring up the issue of overtime to

 4   either Mariano or Purita?

 5        A.   Yes, but she told me that she couldn't pay

 6   extra hours.  But since I was working more hours it

 7   would compensate the time that I was working.

 8        Q.   Okay.  Why did you continue to work there if

 9   you didn't get paid overtime when you knew you should

10   be getting paid overtime?

11        A.   When we would talk to her -- or when we would

12   talk, she will talk to me about a big project.  Getting

13   more employees and getting myself in a better position

14   in salary as well.

15        Q.   Did you settle the case with Triton

16   Supermarket?

17        A.   Yes, sir.

18        Q.   What was your settlement for?

19        A.   It was $15,000.

20        Q.   15,000.  One-five?

21        A.   15,000.

22        Q.   When did you receive the payment for the

23   settlement with Triton Supermarket?

24             MS. GARRETT:  Objection to form.

25        A.   After the settlement, approximately three
```



**Orange Legal**
**800-275-7991**

```
 1   weeks after, after the settlement.

 2   BY MR. AMIT:

 3       Q.   Was it in 2014 or 2015?

 4       A.   2015.

 5       Q.   Other than Jacqueline Florin and Janet

 6   Libiano and Dory Villanueva, is there anyone else that

 7   has knowledge about your claim in this case?

 8       A.   I have not had any contact with anybody else.

 9       Q.   That's not what I asked you.  What I asked

10   you is:  Do you know if there is anybody else who has

11   knowledge about your claim?

12       A.   No.

13       Q.   Did you obtain written statements from anyone

14   in support of your claim?

15       A.   No.

16       Q.   Do you intend to obtain written statements

17   from anyone in support of your claim?

18       A.   If the justice requires it, I will.

19       Q.   Do you have any specific people that you

20   intend to get information or written statements from in

21   support of your claim?

22       A.   No.

23            MR. AMIT:  I don't have anything further.

24            MS. GARRETT:  I have no questions.

25            MR. AMIT:  All right.  You have the right
```



1    to either read or waive.  Reading means when I

2    order the transcript of this deposition the court

3    reporter will notify your lawyer and we'll give

4    you 30 days to show up at her office and review

5    your testimony.  Not so you can change it, but to

6    see if it was taken -- transcribed accurately.

7    That's option one.  That's option one.

8             Option two is to say that you waive it,

9    meaning that you trust that the work that she did,

10   because she's good at what she does, was good and

11   that you don't need to review her work because you

12   trust that she did a good job.  You need to state

13   on the record which opinion you prefer.

14            THE WITNESS:  Can I leave this to my

15   lawyer's option?

16            MR. AMIT:  Not really.  You're the

17   witness.

18            MS. GARRETT:  Well, then I would like to

19   read it.

20            MR. AMIT:  That's fine.  Thank you very

21   much.

22            THE REPORTER:  Would you like to order the

23   transcript?

24            MR. AMIT:  I will, but not right now.  I

25   will probably do it next week or the week after or



1    something like that.

2            THE REPORTER:  Okay.

3            MR. AMIT:  Depending on how my

4    conversation with Julia goes.

5            THE REPORTER:  If it does get ordered,

6    would you like a copy?

7            MS. GARRETT:  If he does order, yeah, I

8    would like for you to contact me, if that's okay,

9    to let me know that he ordered.

10           THE REPORTER:  Absolutely.

11

12       (The deposition concluded at 1:22 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25



1                    CERTIFICATE OF OATH

2

3
     STATE OF FLORIDA      )
4                          )
     COUNTY OF PALM BEACH )
5

6

7          I, the undersigned authority, certify that

8    OTILIO APOLINARIO personally appeared before me and was

9    first duly sworn this 19th of October, 2015.

10

11

12

13

14                             *Ruth Fongemie*
                          _____
15                             Ruth Fongemie
                               Notary Public, State of
16                             Florida
                               My commission #EE849569
17                             expires November 6th, 2016

18

19

20

21

22

23

24

25



1                          CERTIFICATE OF REPORTER

2

    STATE OF FLORIDA      )
3   COUNTY OF PALM BEACH )

4

        I, Ruth Fongemie, Digital Reporter, certify that I
5   was authorized to and did report the foregoing
    deposition of OTILIO APOLINARIO; that the review of the
6   transcript was requested; and that the foregoing Pages 4
    through 84, inclusive, are a true and complete record of
7   my notes.

8       I further certify that I am not a relative or
    employee of any of the parties, nor am I a relative or
9   counsel connected with the parties' attorneys or counsel
    connected with the action, nor am I financially
10  interested in the outcome of the action.

11      DATED this 21st day of December, 2015.

12

13

14

15

16
                                  *Ruth Fongemie*
17                        _____
                                  Ruth Fongemie
18

19

20

21

22

23

24

25



```
 1                        ERRATA SHEET

 2    CASE NO.:         0:15-cv-60166-WPD
      CASE STYLE:       OTILIO APOLINARIO v MI BOHIO RESTAURANT
 3    & LOUNGE
      DEPOSITION OF:  OTILIO APOLINARIO - October 19th, 2015
 4
          At the time of the reading and signing of the
 5    deposition, the following changes were noted.

 6
      PAGE #    LINE #      CORRECTION            REASON
 7    ------------------------------------------------------

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    Under penalties of perjury, I have read my deposition in
      this matter and that it is true and correct, subject to
23    any changes in form or substance as reflected above.

24    Dated:_____Signed:_____

25
```



1    December 21st, 2015

2

     OTILIO APOLINARIO
3
     c/o Julia M. Garrett, Esquire
4        J.H. Zidell, P.A.
         300 71st Street, Suite 605
5        Miami Beach, Florida 33141-3089

6    Re:  OTILIO APOLINARIO  Vs MI BOHIO RESTAURANT & LOUNGE

7    Dear OTILIO APOLINARIO:

8    This letter is to advise that the transcript of the
     above-referenced deposition has been completed
9    and is available for review.  Please contact our office
     at (800) 275-7991 to make arrangements to come to our
10   office to read and sign, OR sign below to waive review
     of this transcript.
11
     It is suggested that the review of this transcript be
12   completed within 30 days of your receipt of this letter,
     as considered reasonable under Federal Rules*; however,
13   there is no Florida Statute to this regard.

14   The original of this transcript has been forwarded to
     the ordering party and your errata, once received, will
15   be forwarded to all ordering parties.

16   Sincerely,

17

18

     _____
19   Ruth Fongemie, Court Reporter
     CC:  ADI AMIT, ESQUIRE
20   CC:
     WAIVER:
21
      I, OTILIO APOLINARIO, hereby waive the reading &
22   signing of my deposition transcript.

23   _____    _____
     OTILIO APOLINARIO                      Date
24
      *Federal Civil Procedure Rule 30(e)/Florida Civil
25   Procedure Rule 1.310(e)



**Orange Legal**
**800-275-7991**

Case 0:15-cv-60166-WPD   Document 26-2   Entered on FLSD Docket 12/23/2015   Page 89 of 97

OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                      Index: $1,000..approximately

**Exhibits**

**101915_O. Apolinario_ Exhibit A** 3:8 27:7,8 51:5

**101915_O. Apolinario_ Exhibit B** 3:8 30:12, 13,16 66:25

**101915_O. Apolinario_ Exhibit C** 3:9 58:5, 6,8 59:13

**$**

**$1,000** 75:15,19,21, 25

**$1,001** 75:20

**$10.00** 33:21

**$11.00** 33:25

**$14** 15:24

**$15,000** 81:19

**$2,500** 54:10

**$20** 44:23

**$22** 44:23

**$4,000** 54:11

**$5,000** 54:11

**1**

**1,000** 56:9,10

**1,200** 56:9,11

**1,500** 56:2

**10** 25:25 62:17

**10,000** 75:20

**10-minute** 38:15

**100** 56:1 75:14,24

**100,000** 74:4

**10th** 6:25 18:6

**11** 63:19

**11:00** 11:11 46:8

**12** 36:23 37:11 43:8 54:15 75:22

**12-hour** 43:14

**12:00/12:30** 72:8,9

**14** 51:6,12,20 53:4

**15** 6:21 16:9,14 55:8 75:22

**15,000** 81:20,21

**16** 57:20

**17** 57:5

**18** 57:5

**19** 23:21

**1913** 19:16 20:1 21:13,15,16

**1987** 18:6,7

**1:22** 84:12

**1st** 14:23

**2**

**2,000** 56:1

**2-** 74:3

**20** 54:23

**2014** 14:18 15:5,15 22:17,19,23 23:1,3, 13 33:24 35:24 37:23 53:19 55:16 61:11 82:3

**2015** 14:13,23 15:1 51:2,16 52:11 53:1, 2,17 54:7 61:12 82:3,4

**24** 6:2

**26** 8:15

**28th** 27:25

**3**

**3,000** 74:3

**30** 54:23 55:3 83:4

**305** 8:1

**305-693-9927** 7:20

**31st** 14:18 15:5 37:23

**33150** 7:1

**35** 55:3

**4**

**40** 80:24

**4:00** 37:25 38:1

**5**

**50** 79:2

**500,000** 51:15 53:8, 21 54:7 55:16

**5:00** 36:16 37:19,21 72:20

**6**

**6:00** 42:23 43:23

**7**

**70** 23:18

**71st** 23:18,21

**786** 8:1

**786-523-1230** 7:10

**7:30** 42:23 43:23

**7:45** 42:23 43:22

**7th** 61:12

**8**

**80** 75:14,21,24

**84** 81:2

**8:00** 36:6,14,15 37:19,21 38:8 42:4, 9,12,21 43:2,12,16, 21 72:8,9,22

**8:30** 42:10 47:24 72:22

**8th** 8:15

**9**

**9/19/56** 18:3

**9674** 6:25

**9th** 15:13 25:9 61:11

**A**

**a.m.** 36:6,14,15 38:8 46:8 56:14 72:8

**ability** 4:5 30:6 53:12

**Abreu** 26:25 33:1 35:1,2,4,7

**absolutely** 41:17 84:10

**access** 50:11 53:13

**accommodate** 5:16

**account** 50:12 60:10,13,19 61:2,15, 18,21,23,25 62:2,5

**accountant** 50:15, 17 75:10

**accounting** 50:8

**accurate** 51:8,13 53:5 58:13

**accurately** 51:19 83:6

**acquaintance** 69:7

**acquire** 65:17

**action** 50:6

**activities** 24:6 42:25 43:3,17 52:22 56:6 57:21 66:16

**add** 42:5 54:24

**addition** 75:14

**address** 6:24 7:2 23:19

**Adi** 4:19

**admissible** 20:19

**advertised** 66:12

**affect** 64:21 65:6

**affected** 63:11,15,23

**affecting** 64:3

**affirm** 4:3,7

**afternoon** 72:20

**agenda** 76:11

**agent** 23:4

**agree** 29:21 32:22 53:6 63:19 68:7,9 70:4

**agreed** 51:8 63:21 64:5,9 70:15

**agreeing** 70:16 77:9

**ahead** 75:14,23

**allegation** 29:18,21 53:7

**allegations** 30:4 63:10

**alleges** 14:19

**allowed** 40:2

**Amit** 4:15,19 17:14, 18 18:20,23 19:4,21 20:3,9,17,23 21:18 27:6,10 30:11,15 32:1,3 33:10 39:23, 25 40:6 51:20,21 52:9,24 56:18 58:14 59:23,25 63:16 64:7 67:4,13 69:24 73:7, 18,20 79:10 82:2,23, 25 83:16,20,24 84:3

**amount** 34:9 46:24 55:18 75:9 76:12

**answering** 19:25 20:6 56:19

**answers** 4:25 31:20 73:9

**anymore** 36:14 37:20

**Apolinario** 4:11,16 6:17,19,22 18:2 21:2 27:11 31:8 62:6

**approximately**



OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO

Index: area..condition

22:11 24:15 25:22
31:1 33:22 54:23
62:17 71:1 81:25

**area** 48:10,21 57:22
59:8

**areas** 14:2

**arrest** 22:7

**arrested** 20:1,13,14,
24 21:6,16

**arrests** 21:9 22:3

**asks** 68:13 69:3

**assistant** 28:22,24

**assistants** 29:14

**assume** 59:24

**assumed** 52:2,4,14

**assumption** 52:16

**AT&T** 7:24 8:1

**attorney** 4:19 5:5
16:2 21:3 28:21

**August** 9:9

**authorized** 23:4

**automatic** 42:6

**Aventura** 59:8

**Avenue** 6:25

**average** 24:14 38:4
44:23 54:12

**aware** 54:19

———————————

**B**

**baby** 55:18

**bachelorette** 55:19

**back** 15:16 21:14
25:4,15,16,18 79:6

**bakery** 8:8,12,13
9:18

**Baluster** 65:13

**band** 51:25

**bank** 38:25 39:3,5
50:12 60:10,13,17,
18,21,23 61:1,14,18,
25 62:2,3,5

**banking** 61:10

**bar** 44:4

**bartender** 40:16,21,
24 41:1,3,13 55:12

**base** 51:23 52:16

**baseball** 17:21

**based** 30:1 55:17

**Basically** 49:21

**basics** 46:8 47:18

**basis** 20:3 54:10
73:15

**bathroom** 73:5

**Beach** 23:18,21

**beauty** 45:8,9

**beginning** 33:24
35:24 46:7 71:22

**belief** 51:14,23 53:20
55:15

**Belky** 8:22 10:23,25
11:3 12:17,18 14:11

**Bi-week** 16:12

**bi-weekly** 16:9,10

**big** 55:1 56:3,5,20
75:14,23 76:23
81:12

**bill** 41:6

**birds** 44:6,7

**birth** 18:2

**bit** 5:14 78:23

**boards** 49:8

**Bohio** 15:9,11 23:14,
15 24:20,24 25:8
26:1,4,13,18 32:25
33:2,19 34:2,11
35:12 40:7 41:23
44:1,24 45:3 50:9,22
51:2 53:8,17 55:15
60:21 61:1 66:11,16
76:23 77:23 80:18

**Bohio's** 14:14

**bold** 67:10

**bookkeeper** 50:15

**born** 17:19

**boss** 79:1

**bottom** 73:10

**bought** 48:18 49:13,
14,16 53:25

**bounce** 77:23

**bounced** 61:5 78:5

**box** 75:6

**boxes** 13:12,14

**break** 5:14 38:12,15,
18,20,21 39:22 40:1
73:5

**breakfast** 46:11
47:21,25 55:9

**breaks** 38:22

**Brickell** 8:15 10:1,3

**bring** 69:14 81:3

**Bros** 12:25

**brought** 36:11,13
69:10,11

**business** 26:21 45:1,
6,7 51:15 52:20,23,
25 53:13,21,23,24
54:6 63:11,22 65:6
66:19

**businesses** 64:16,18,
20

**buy** 49:2 65:1

———————————

**C**

**Cafe** 23:16,17,22
24:6

**cafeteria** 23:24

**cake** 71:10

**calendar** 56:23

**cameras** 50:6

**car** 20:2 13,17,19,
21,24 22:2,6,12

**card** 18:11 41:25
59:24

**cards** 74:14

**care** 24:10 80:9

**carefully** 76:21

**case** 14:15 15:8 27:7,
21 68:13 70:13
81:15 82:7

**cash** 15:18 17:6 34:4
57:11 60:3,5,15,22
73:15,23 74:8,10,11,
13,15,20,24,25 75:4,
8,9

**cashier** 11:7 12:19
41:1,13 55:13 70:9

**cell** 7:13,21

**cellular** 7:11

**change** 39:1 60:14,
15,17,23 61:7,8 83:5

**changed** 59:21

**charge** 13:24 41:5,
16 42:13 55:22
57:15

**charged** 20:24 21:6
41:7 59:15,16,19
75:15,24 76:3

**Chase** 61:13,14,25
62:3

**check** 15:19 17:6,8
32:8,20 34:5 39:1
46:1,22,24 60:4,22
61:4,7,8 62:8 79:16

**checking** 47:9 61:20

**checks** 60:6,12,25
61:5 77:22 78:5,7

**Cheney** 12:25

**chicken** 57:24

**Chinese** 44:11

**chop** 49:11

**Citizen** 18:9

**claim** 62:13 67:17
70:11 82:7,11,14,17,
21

**clarify** 67:6

**clean** 13:25 14:1,3
38:16 45:25 46:18

**cleaning** 42:13
48:10,13 67:15

**cleans** 13:23

**Cleanup** 48:9

**clear** 76:9 77:19

**client** 59:12

**clientele** 38:14,19
41:6,8

**clients** 12:1,2 46:11
65:20,24

**clock-in** 41:25

**Clorox** 65:10,11

**close** 36:20 39:4
42:20,21

**closed** 42:19

**closer** 71:20

**cloths** 50:2

**Coca** 79:1

**color** 45:13

**combination** 17:7

**commerce** 63:12,14,
23 64:22 65:3,4

**communicate** 50:14

**communication**
69:3

**companies** 66:20

**company** 54:16 65:1

**company's** 50:11,15

**compensate** 81:7

**complaint** 14:17,19
27:6,20,23,24 28:2
29:1,17,19,22,25
30:4 51:5,13 53:4
63:10,17,20 64:4

**complete** 57:17,18

**complies** 27:13

**computer** 50:4

**concluded** 84:12

**concrete** 52:17

**condition** 13:17
46:18



**Orange Legal**
**800-275-7991**

Case 0:15-cv-60166-WPD   Document 26-2   Entered on FLSD Docket 12/23/2015   Page 91 of 97

OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO
Index: conditioned..evidence

conditioned 46:1

conduct 66:18

considered 79:23

constantly 47:9

construction 25:1, 18

contact 82:8 84:8

continue 81:8

continued 78:22

contract 56:24

conversation 69:21 70:18 84:4

convicted 18:14,17 19:2,15 20:8,12

cook 9:4 10:6,15,17, 18 11:21 12:4,13 15:25 24:1,11 33:4 45:16,22 49:11 54:3 57:3 66:7 75:23 76:2

cooked 12:22 44:14 45:15,17 48:7 59:1 75:14 76:6

cooking 11:22 46:7 47:4,17 48:9,23 56:13

cooks 10:16 11:6 12:3

copies 22:25 23:2 60:6

copy 57:15 58:11,15 60:7,8,9 62:8,9,18 63:1 84:6

corporation's 51:14

correct 5:12 8:17 9:11 10:20,24 11:4 13:4 14:4,12,16 15:2,3,6,7,9,10 16:15,17,20 18:8 22:24 23:5,6 25:3,9, 10 26:2,14 27:25 28:1 34:24 35:19 37:11,12,21 39:8,9, 14,20 40:24,25 47:5, 18,19 48:3 49:15 51:3,4,10 52:2,5 53:16 55:11 65:5,22,

23 67:23 72:3 76:10, 15 77:3,7

corrections 29:24 32:18

correctly 4:17 80:5

cost 44:21

counter 11:14,18

country 24:25 69:4

county 19:10

couple 56:13 61:4

court 6:9 20:17 63:4 83:2

creams 46:9

credit 59:24 74:14

crime 18:14,17,22 19:15

current 6:24 7:9

customer 47:22

customers 11:9,11 65:21 73:15 75:15, 24

cut 10:7,14 14:5 33:13 45:14

cutting 10:12 49:7

**D**

daily 54:9 73:15

date 18:2,12 19:9 24:13 25:6,11 34:8 39:3 71:19

dates 22:21 25:21 56:23

daughter 79:6

Davie 66:10

day 15:4 16:16,18 17:1 34:15 36:7,23 37:1,3,9,11,16 38:13,24 43:9,14 45:19,23 46:3,6 47:2 52:11 54:10,13 55:5, 7,10 56:7 72:10 73:25 75:5,6 77:14 78:16 79:6,8

day-to-day 24:6

days 16:9,14 25:25 36:11,23 37:1,11,14, 15,18 38:1,3,5 43:6, 7,8,15,21,24 62:17 83:4

deal 8:19,20 58:1 77:9

deals 77:12

dealt 58:1

December 14:18 15:5 37:23 52:21

decide 47:1

decided 67:25

defendant 14:15 15:8 51:14 63:15

defendants 4:20 25:23 63:23 73:14 74:7,19,21

defendants' 27:8 30:13 58:8 63:11,22

deliver 13:3

delivered 58:17,19 59:14

delivers 12:24

delivery 13:7 58:18, 20,23

depended 76:5

depending 56:2 84:3

deposed 4:20

deposit 60:13,16,18, 25 61:3

deposition 5:13 27:2 83:2 84:12

Depot 48:19 65:16

describe 45:22 49:19

description 50:18

desk 49:21 50:4

desserts 71:11

determined 35:20

difference 33:12

differently 20:10

difficulties 78:11

digits 17:15

DIRECT 4:14

directly 8:19 58:1

disassembles 13:10

discovery 20:18

discussed 21:7

discussion 5:9

dish 44:16

dishes 38:17 57:23

document 27:14,17 28:7 29:7 30:17 31:4,5,11,14,17 32:4,23 56:7 58:11 59:4 73:8

documented 65:12

documents 27:2 59:5 62:12,14,23 69:10,11,14 76:18, 19

dog 79:17

dollar 33:23 35:23

Domingo 69:9,16 79:1

Dominican 17:20 18:4 25:2,3,5,17 44:3 69:11 71:6

doors 46:12,13

Doral 9:24

Dory 71:8,15 82:6

dot 8:10

downtown 8:16

drinking 22:10

driver's 32:8

drove 39:5,6

duck 44:10

DUI 19:3 20:25 21:10 22:2,7

DUIS 19:14 21:7

duly 4:12

**E**

earlier 21:7,12 39:7 43:20 51:7 63:18

earn 5:24

eat 11:14 38:9,11 42:10 59:10 66:2

eats 12:12

employed 8:5

employee 53:11 58:16,18 68:7 79:22 80:8

employees 11:2,5 12:10 16:1 42:12 45:11 67:25 68:2 81:13

employers 80:23

employment 36:22 37:23

end 17:24 37:22 63:3 73:12 75:12

English 4:4,5 5:18, 22 28:5

enjoys 12:12

entire 13:25 15:1 37:4

entitled 18:23 19:22 20:18,20

equipment 49:8,13, 16

errands 38:23,24

estimate 53:18

evening 40:23 41:7, 8

event 56:5

events 50:2,3 52:1 54:24 55:18,19,23, 24 56:3,8,23 57:5

eventually 78:18,20

evidence 53:20,22



**evolution** 53:23

**exact** 25:21 28:19 34:8,9,15 71:19 74:17 75:9

**EXAMINATION** 4:14

**examined** 4:12

**exceed** 51:15

**exhibit** 27:7,8,11 30:11,12,13,16 51:5 58:5,6,8 59:13 66:25

**expect** 4:25 63:7

**expected** 5:7 51:15

**expenses** 54:14

**expensive** 49:23

**experience** 54:3,5 55:17

**explain** 54:5 63:10

**explained** 29:6,9

**explanation** 46:16

**expression** 64:11,13

**extent** 5:21

**extra** 81:6

**F**

**F-40** 6:25

**fact** 20:19

**facts** 32:22 53:7

**family** 69:8,17

**father** 71:13

**favorite** 44:16

**fax** 50:19

**February** 16:23 22:20,22

**female** 40:11,12,18, 22

**females** 40:17,19

**figure** 59:10 64:8

**file** 22:14,16,19 27:21 79:18 80:15

**filed** 22:23 27:19,24 28:3 51:12 53:6 67:22

**fill** 30:8

**filled** 44:17

**finances** 50:23,24 54:16

**find** 26:4 62:23

**finding** 53:14

**fine** 19:24 83:20

**Finina** 9:15

**finish** 5:9 11:21

**finished** 71:21 72:12

**fire** 79:8

**fired** 79:13,21,22 80:17

**Florida** 6:25 17:24 48:24 65:4,7 66:5,8, 12,15,20

**Florin** 67:2,14 82:5

**food** 9:18 10:12,16, 19 11:9,11,16,25 12:7,12,13,16,20,24 13:2,5,12,18 14:7 23:24 38:17 39:10 43:17 44:4,5 45:11, 19 48:16 57:15 58:10,12,16,17 59:3, 8,14,15 64:15,17 66:4,7,9 75:16,25

**foods** 12:22

**forbid** 70:2

**form** 5:5,7 30:8 52:6,18 57:13 63:13 64:6 68:11 69:22 78:25 81:24

**forms** 58:25

**forward** 57:1

**found** 62:15,16

**freezers** 13:19

**Friday** 56:13

**Fridays** 17:3

**friend** 58:22 69:7,

18,19

**front** 25:19 27:12 51:6

**full** 6:16 13:13 55:5, 7

**fully** 5:23 6:6

**funds** 61:4,9

**G**

**Garrett** 17:12 18:18,21 19:1,19,24 20:5,11,15 29:3,5,15 32:2,6 33:9 39:22,24 40:3 52:6,18 56:16 59:20 63:13 64:6 67:6,10 68:11 69:22 78:25 81:24 82:24 83:18 84:7

**gave** 35:15,23 47:7 57:16 58:12,15 78:20 79:15,16

**general** 46:6

**Generally** 71:23

**gentleman** 80:2

**Georgia** 48:25

**gestures** 6:10

**give** 4:18 14:9 24:14 33:17 39:21 47:11 49:5 55:24 56:25 57:19 62:25 63:2 65:18 68:4 70:22 71:14 74:2 78:17 83:3

**glad** 16:5

**glassware** 50:2

**God** 70:2

**Golden** 13:2 14:7

**good** 4:16 5:11 17:21,25 54:10 78:8 79:1 80:8 83:10,12

**good-hygenic** 46:18

**greatest** 80:6

**Green** 18:11

**gross** 51:14

**grossed** 53:21 54:6 55:15

**grossing** 53:8,17

**growing** 52:21,23,25

**growth** 52:20 54:12

**guess** 75:11

**H**

**hair** 45:13,14

**half** 17:24 33:22 38:21 46:13 71:1 72:9

**half-hour** 38:22 43:25

**hand** 58:6

**handle** 73:14 74:8, 19 75:4

**handled** 74:20 75:10

**handling** 74:5

**hands** 30:6

**handwriting** 31:7

**happen** 4:23 50:7 56:11,23

**happened** 21:20 36:10

**happening** 52:1 54:20 55:21

**hard** 77:16

**head** 6:10

**health** 78:11

**hear** 5:6 19:22

**helped** 28:25

**helper** 10:15 36:11, 13 37:13,17 38:10 48:7,12

**helpers** 11:6

**helping** 13:24

**highlighted** 73:18

**hired** 9:13 32:25

**Hollywood** 9:25 48:21 66:10

**home-cooked** 44:3

**horrible** 34:8

**hour** 15:24 33:25 35:21 38:21 45:24 46:13 78:13,14 79:5

**hourly** 15:21,22,23

**hours** 6:2 36:23 37:1,11 38:6 42:5,7 43:8 56:14 72:10 78:13,15,17 79:2 80:14,24 81:2,6

**house** 23:2,12 79:5,8

**hundred** 65:18

**husband** 34:22,25 35:3 36:1 69:15 79:6

**hygiene** 46:1

**I**

**identification** 27:9 30:14 58:9

**immediately** 12:23

**important** 16:5,6 68:1

**imprinted** 31:11

**include** 41:18

**inclusive** 52:21

**individual** 13:12

**individuals** 41:19 66:20

**influence** 22:4

**information** 9:24 51:13,23 52:5,17 53:9,12,16,19 55:14 70:10 76:22 77:1,3 82:20

**initial** 6:19

**instance** 22:6 43:7

**instances** 42:22

**institution** 61:10

**instruct** 5:10 20:21



OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO
Index: instruments..months

**instruments** 48:9
49:12

**insurance** 78:11

**intend** 82:16,20

**interest** 61:11

**interested** 16:2

**international** 9:18
44:3 51:25

**internet** 50:19

**interpret** 5:23

**interpreter** 4:6
5:20,22 51:17 67:3,
9,12 73:4,16

**interrogatories**
30:17

**interrogatory**
66:25 67:1,5 73:9

**interrupt** 59:21

**interstate** 63:12,23
64:21,22 65:3

**invoice** 57:8,12

**invoices** 57:19 58:25

**involved** 42:25

**involves** 18:15

**irregular** 34:7

**issue** 34:16,17 81:3

**Item** 67:5,14

**J**

**Jackie** 70:12,13

**Jaclyn** 67:2,14

**Jacqueline** 69:20
71:25 82:5

**Jacqueline's** 72:6

**Janet** 70:8,23 72:18
82:5

**January** 14:22
22:20,22 27:25
61:12

**job** 26:4 29:12 50:18
68:3 77:16 79:20

83:12

**journal** 42:2

**judge** 20:22 68:6,13
70:3

**Julia** 5:4 84:4

**July** 9:8 14:13,23

**June** 9:7

**justice** 82:18

**K**

**keys** 42:11

**kind** 9:16 18:22
23:22 44:5

**kitchen** 10:8 11:19
14:4,6 39:12 41:17
46:21 48:22 49:9
53:24

**knew** 30:5 42:6
80:22 81:9

**knives** 49:7

**knowing** 16:2

**knowledge** 34:18
50:22 67:16 71:8
82:7,11

**L**

**ladies** 71:12

**lady** 34:16 37:7,24,
25 58:10 59:7 67:15
74:22

**land** 58:6

**landline** 7:11,22,23
8:1

**Latin** 9:18 23:24

**lawsuit** 67:19,22
69:21 79:14,18
80:15,19

**lawyer** 28:23,25
29:2,6,9,14 32:5,14
40:2 62:19,25 68:5,
13 70:3 83:3

**lawyer's** 27:18 30:8
83:15

**lawyers** 29:13

**leads** 54:6

**leave** 42:21 72:14,20
83:14

**leaving** 73:2

**left** 42:22 43:12,21,
22,25 68:23 69:6
72:1,17,23

**letter** 68:13,14 70:3,
4,13,16,17

**Libiano** 70:8,23
72:18,20 82:6

**license** 32:8

**life** 79:13,15

**likewise** 43:19

**liquor** 49:23

**list** 14:9 33:17 39:7,
21 46:4 47:7,9,11
65:18

**listen** 76:21

**lists** 49:5

**literally** 33:14 42:5

**lived** 57:22

**living** 5:24

**lobster** 76:6

**locally** 66:9,14

**located** 8:14

**location** 9:19 10:2,5
65:21

**locations** 9:20,21,22
44:24 45:3

**long** 5:15 70:24

**longer** 7:18 26:9

**looked** 54:18

**lost** 79:20

**lot** 35:9 50:2 51:1
55:20 56:14 62:14
73:15,23 74:8,10,11,
13,19 75:8

**Lounge** 15:9

**lunch** 46:10 55:9

**M**

**made** 43:17,18 54:13
57:15 58:11 64:10

**main** 10:15,17

**make** 6:13 12:1 14:9
29:24 32:18,20
33:17 38:17 45:24
46:4,17 47:6,25
58:12 70:4 75:10

**makes** 5:8

**making** 53:14 77:9

**male** 40:17,21

**manage** 30:6

**managed** 76:18

**manager** 8:20,21,25
9:1 10:22 14:9
35:11,13 79:4

**managers** 26:6,7

**managing** 74:10,25

**Manuel** 35:1,2,6

**Mariano** 35:4,5
39:16 78:4 79:25
80:2 81:4

**Mark** 27:7

**marked** 27:8 30:13
58:8

**Marlins** 17:24,25

**material** 45:14

**meal** 58:21

**meals** 43:4 46:6

**meaning** 83:9

**means** 83:1

**meant** 48:1 63:11,14
64:8

**meat** 10:7,12,14,18
14:5 33:13

**medication** 6:1

**medicine** 69:3

**Men** 40:11

**mentioned** 45:6

56:12

**merchandise** 24:10
33:13,16

**met** 50:16 69:17

**Metro** 7:15,25

**Mi** 15:9,11 23:14,15
24:19,24 25:8 26:1,
4,13,18 32:25 33:2,
19 34:2,10 35:11
40:7 41:23 44:1,24
45:3 50:8,22 51:2
53:8,17 55:15 60:21
61:1 66:11,16 76:23
77:23 80:18

**Miami** 6:25 8:16
17:25 23:18,21

**Miami-dade** 19:11
20:25

**middle** 6:18 38:24

**mind** 35:10

**minute** 38:11

**minutes** 39:24

**missing** 46:5 47:10

**mistake** 64:10

**misunderstood**
64:11,12,13

**mix** 6:8

**Mofongo** 44:17,18

**moment** 8:23

**moments** 11:25

**money** 34:17 57:25
74:5,18 75:5 76:15,
16,24,25 78:13,14,
17,19

**monitor** 50:5

**month** 16:13,21,23,
25 17:2 24:20 25:13,
24 33:22 54:14

**monthly** 16:12

**months** 9:6 16:22
24:20,22,23 25:7,13,
17 31:1 33:22 49:15
57:4 67:21 71:1,2



OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO
Index: morning..prepare

**morning** 4:16 11:10 40:13,22,25 41:4 42:17 45:24 56:14

**mortgage** 7:7

**mother** 58:22

**move** 56:25

**moved** 51:24

**movement** 54:4,20 73:24 74:6

**moving** 53:24

**multiple** 9:19

**multiply** 54:13,14

_____

**N**

**N.W.** 6:25

**needed** 38:24 39:11, 13 43:4 46:20 49:6 59:3 68:13 70:3,14, 17

**nice** 80:3

**night** 40:13,15 41:9 42:5,23 43:21 54:11

**nods** 6:10

**non-verbal** 6:9

**note** 42:2

**notes** 54:2

**notify** 83:3

**November** 33:24 35:24 52:21

**number** 7:9,16,19, 25 8:2,15 17:9,11 23:11,18,21 61:15, 17 67:1,2,5,7,14 73:9 74:2,17

**numbers** 52:7

_____

**O**

**oath** 4:25 21:3 31:14 73:9,21

**object** 5:5,6

**objected** 21:4

**objection** 5:9 18:18 20:4 52:6,18 63:13 64:6 68:11 69:22 78:25 81:24

**objections** 5:8 30:16

**objects** 5:6

**obligation** 62:22

**observe** 52:10

**observed** 52:8

**obtain** 82:13,16

**obvious** 42:4

**occasion** 39:18 43:5 48:1 75:7

**occasional** 47:21

**occasions** 38:25 39:2 47:23

**October** 18:6

**offer** 57:23

**office** 27:18,22 28:15,16,21 29:11 30:9 49:17,19,20,25 50:1,19 55:19 83:4

**offices** 43:18

**Ohio** 65:9,11

**oil** 65:13

**olive** 65:13

**on-time** 79:22

**One-five** 81:20

**open** 13:16,18,21 42:9,14 46:12,14 47:24

**opened** 42:16

**opens** 13:14

**operate** 9:23

**opinion** 83:13

**option** 83:7,8,15

**order** 33:15,18 39:8, 14,16,19 45:19 47:7, 8 57:13 58:25 83:2, 22 84:7

**ordered** 48:16 84:5, 9

**orders** 12:12 14:7,10 58:24

**ostrich** 44:9

**Otilio** 4:11 6:17,22 31:8 62:5

**overtime** 79:3,23 80:13,22 81:3,9,10

**owned** 62:13

**owner** 7:6 8:18,19, 24 9:12,13 26:23,24 35:3 74:22 79:7

**owners** 9:9,10 42:20

_____

**P**

**P-a** 8:10

**P-a-n** 8:10

**p.m.** 36:6,14,16 37:25 38:1,8 84:12

**Pa'** 9:22

**Pa'ya** 8:8,11 9:2,5, 16 12:8,20,24 15:5, 16,17 16:7 24:3,8 33:6

**paid** 15:17,21 16:7, 19,25 17:1,6 33:25 34:2,10,12,14,15,20 35:21 59:12 60:1 76:9,14,24,25 77:20 79:2,3,23,24 80:13 81:9,10

**pallet** 13:8,10,13

**Pan** 8:8,11 9:2,5,16, 22 12:8,20,24 15:5, 16,17 16:7 24:3,8 33:6

**pans** 49:7

**paper** 42:1 56:7 76:11

**paragraph** 51:6,12, 20 53:4 63:19 75:12

**parents** 47:16

**part** 22:2,6 50:1,18

**parties** 55:18,19 56:21 57:2,20 59:2,6

75:14,24 76:2,24

**partner** 68:7

**party** 56:10 59:1,6, 13

**passed** 24:22

**past** 6:2,21 7:2,17

**pasta** 57:24

**pay** 15:18,19 33:19 34:4,5,7,21 57:11 60:3,4,5 78:12 80:23 81:5

**paying** 33:21,23

**payment** 56:25 81:22

**payments** 12:8,10 41:4

**pays** 12:15,16 80:4

**PCS** 7:25

**Pembroke** 65:22,25

**penalty** 31:14

**pending** 5:15 80:20

**people** 11:14,17,23 12:6 28:15 30:6 45:15,16 51:1 52:1 55:8 56:1,24 57:22 59:15 64:15,17 74:6 76:3 80:8 82:19

**percent** 65:18

**perfect** 13:17

**perfectly** 45:25

**period** 63:24

**perjury** 31:15

**person** 12:16 13:7, 24 26:11 28:17,19 29:11 35:6 36:19 42:13 49:4 57:10,14, 19 59:14,15 61:6,7 71:4 75:22 77:9 79:15

**person's** 26:15

**personal** 29:2 38:23 50:22 76:22 80:2

**personally** 58:23

66:18

**phone** 7:12,13,21 59:7,9 69:2 71:5

**physically** 50:25

**pick** 59:11 75:16 76:1

**piece** 42:1

**Pines** 65:22,25

**place** 7:5 8:24 13:25 22:12 54:4 55:11 58:11 62:14 68:2 69:6

**places** 14:7 65:4,7 66:5

**plaintiff's** 63:22

**planned** 43:3

**planning** 67:24

**plantain** 44:19

**plate** 11:22,23

**players** 17:21,25

**playing** 51:25

**point** 19:8,25 26:16 46:2 61:6,16 73:12 77:5

**police** 21:13,19

**portion** 73:19

**position** 9:2 11:7 33:2,5,8 77:15,17 81:13

**possibly** 22:8

**pot** 39:13

**pots** 46:19 48:8 49:7, 11,12

**practically** 41:21

**prefer** 83:13

**prep** 38:18

**preparation** 10:12 46:6

**prepare** 10:7,14 39:7 44:13 45:13 75:16,25



OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO                                                        Index: prepared..shelves

**prepared** 12:5 23:3 43:4 46:9

**preparer** 23:5,7

**preparer's** 23:10

**preparing** 46:10

**presume** 5:2,3

**price** 55:24 56:8

**prices** 77:9,12

**print** 31:8

**printed** 31:20

**prior** 9:13 14:13 30:22

**problem** 16:22 70:7 71:13

**procedure** 62:21

**PROCEEDINGS** 4:1

**process** 41:3

**processes** 12:8,17

**produce** 70:15,16

**production** 62:12

**products** 46:1,5,23 47:10 65:8,19

**project** 81:12

**promoting** 66:13

**pronouncing** 4:17

**proof** 68:1

**proper** 13:9

**prosperous** 52:14

**provide** 62:11,18,22 70:20

**provided** 57:7

**provider** 7:14,23

**pulled** 22:9

**pulling** 54:17

**Pura** 26:25

**purchased** 65:15

**puree** 44:19

**Purita** 33:1,12,15

34:23 35:13 39:8,14 47:8,11 48:16 58:3, 15 74:23 75:4 78:4 79:25 80:3 81:4

**put** 6:10 21:13 27:21 49:22 74:24 75:1

**puts** 13:18

**putting** 67:18

---

**Q**

**quality** 35:25

**question** 5:1,3,7,15 6:5 15:20 20:6,10 21:4,5 22:5 34:6 56:19,20 67:7 70:2 73:10 76:20,21

**questions** 4:24 5:6 6:6,14 20:18,21 27:3 30:3 82:24

**quick** 39:22

**quickly** 39:6

**quote** 73:14

---

**R**

**radio** 66:13

**raise** 35:24

**range** 56:9

**rate** 15:23 33:19

**raw** 12:22

**re-ask** 20:9

**read** 21:14 28:2,5,25 31:17 51:7,20 53:5 63:9 64:5 65:12,13 73:18 83:1,19

**reading** 63:17 83:1

**reads** 75:13

**ready** 11:10,12 47:24

**real** 52:4 53:7,19

**reason** 6:4 14:18 21:23,25 39:19 50:14 57:6

**recall** 8:22 9:14 13:1 19:8 22:11,13 23:8 24:13 25:6,21 26:16 28:12,20 39:3 49:24

**receipt** 57:7

**receive** 33:13 58:24 81:22

**received** 18:13 77:23

**Recently** 27:19

**recess** 40:5 73:6

**recollection** 76:9 77:19

**recommended** 26:6,9,11 58:21

**record** 5:3 16:4 17:13,14,16 21:14 40:1 50:6 76:17 78:9 83:13

**refer** 52:12

**reference** 71:14

**referring** 52:12 53:3 64:1,14

**refrigerators** 13:19

**regular** 36:2

**regularly** 50:20

**related** 57:25

**relationship** 64:25

**Relative** 25:11

**relevant** 63:24

**remember** 6:9 9:12 48:10 51:7 52:13 60:2 77:6,8

**remind** 21:2

**rent** 7:5

**reporter** 4:3,7 6:10 21:16 83:3,22 84:2, 5,10

**Republic** 17:20 18:5 25:2,3,5,17 69:12 71:6

**request** 5:16 12:1 46:11 51:17 62:12

**required** 21:4

**requires** 82:18

**resident** 18:9,10

**respect** 66:22

**respecting** 27:23

**respond** 5:23 6:5,13

**responding** 21:12

**response** 21:5 62:11 70:1 75:13

**responses** 6:8,11 30:16 32:15,18,23 62:22

**rest** 60:4

**restaurant** 8:8,11, 12,13,14,18 9:3,8,9, 13,16,17,23 10:21 11:1,8,13,17 12:9, 21,24 13:6,11,15,23 14:1,14 15:5,9,12,17 16:8 23:14,16,17,22, 23 24:6,8,20,24 25:9 26:2,5,18,19 32:25 33:3,6,11,20 34:3, 11,18 35:9 36:20 39:4,12 40:7 41:15, 23,24 42:9,16,19 44:1,2,12 45:2,3,4, 17,20 46:13 47:24 48:6,19 49:6,17 50:9 51:24 53:8,17 54:21 55:15 60:1,22 61:1 65:16,20,21,25 66:1, 4,11,14,16,19,21,22 72:24 73:3 76:23 77:23 78:21 79:12 80:19

**restaurant's** 50:23 60:24

**return** 25:11,20

**returns** 22:25 23:3

**review** 27:4 83:4,11

**rice** 46:9 47:18

**rules** 62:21

**run** 38:23 46:4

---

**S**

**salary** 15:21 81:14

**sales** 51:14 73:25 78:22

**salon** 45:8,10,14,15, 17,18

**Santa** 69:9,16

**sat** 57:9

**Saturday** 56:13

**savings** 61:23

**schedule** 35:14,15 36:2,5 72:5,6,19

**schedules** 72:4

**seafood** 44:6,17,20

**search** 21:19 22:2,12

**searched** 20:2 21:17 22:6

**security** 17:9

**sell** 54:10,11

**send** 47:15

**sentence** 63:21 64:9 73:13 75:13,17

**September** 15:13 25:9 61:11

**serve** 10:14 11:11, 12,20,22,24 12:2 41:1 44:5,9 45:11 47:21 64:15

**served** 43:3 45:18 55:11 64:17

**server** 40:22 55:11, 12

**servers** 40:7,12 60:1

**serves** 11:9

**service** 7:18

**set** 35:14

**settle** 81:15

**settlement** 81:18,23, 25 82:1

**shelves** 13:20



OTILIO APOLINARIO vs MI BOHIO RESTAURANT & LOUNGE d/b/a PURITA'S RESTAURANT AND
OTILIO APOLINARIO

Index: shift..two-minute

**shift** 41:11,21

**short** 53:15 76:20

**show** 11:16 27:2 32:1 48:2 50:5 66:13 83:4

**showed** 27:22 42:9 52:22

**showers** 55:19

**shrimp** 76:6

**sick** 79:5

**side** 16:3

**sight** 51:18

**signature** 31:4,10

**signed** 31:13,17,21 32:9,16,19

**signing** 31:14

**similar** 21:21,24

**single** 52:11

**sir** 10:20 15:10 27:15 28:4,9,11 29:8 31:6, 9,12,16,19 32:24 44:15 47:13 49:1 50:13 62:24 63:8 66:17 71:7 81:17

**sit** 11:18 43:13

**sitting** 25:19 76:8, 13,22 77:2,8

**small** 49:21

**social** 17:9

**sold** 9:9 12:23 74:1

**son** 79:5

**soups** 46:8 47:18

**spa** 45:8

**space** 49:17

**spaced** 23:20

**Spain** 65:14

**Spanish** 4:4 5:23 28:8 31:23 59:22

**speak** 5:22 29:14 40:2 67:20 69:5 70:19,23 71:3

**speaking** 59:22

**special** 12:1,5 47:1 50:3 54:24

**specials** 46:3 47:3

**specific** 42:25 45:22 54:2,7 82:19

**specifically** 43:21 44:10 74:20 77:21

**specifics** 77:19

**spell** 8:9

**spoke** 59:7 66:13 67:18 70:25

**spoken** 70:24

**standing** 38:11

**start** 9:5 15:11 21:14 24:12 27:3 46:2,3,7 72:21

**started** 9:8 10:4 15:4,13 23:13 24:19, 24 25:8,23 26:1,19, 20 33:21,23,25 38:1 47:17 68:23 71:20 72:2 80:18

**starting** 7:25 8:1

**state** 65:2,9 73:14 83:12

**stated** 32:22 43:20

**statement** 68:25 70:20

**statements** 82:13, 16,20

**states** 25:5,12,20 51:13 81:1

**stay** 37:9 42:24 72:15

**stayed** 9:10

**steak** 57:24

**steaks** 44:6

**steam** 11:16

**stock** 12:20,21

**stop** 17:25 19:19,25 24:16

**stopped** 24:17 25:14,16 79:11

**storage** 46:2,23 47:10 49:22

**stove** 38:16

**Street** 8:15 23:18,21

**stuff** 46:24 69:4

**stuffed** 44:19

**Sunday** 79:3

**supermarket** 78:24 79:7,12 80:16,19 81:16,23

**supervise** 13:16 41:14,20 63:4

**supervises** 35:25

**supervising** 41:18

**supervisor** 35:11

**supplement** 62:22

**supplies** 12:21 14:8 39:10

**support** 53:7,20 55:15 62:13 82:14, 17,21

**suppose** 78:21

**supposed** 34:10,14 78:8

**swear** 4:3,7

**sweet** 80:3

**sworn** 4:12

**system** 41:25

---

**T**

**T-r-i-t-o-n** 23:16

**table** 11:15,16,18 50:2

**tables** 11:13,15,20 49:11 54:21,23,24, 25 55:1,3,4

**tag** 22:8

**takes** 13:5

**taking** 12:6 38:1

57:15

**talk** 20:7,15 57:10 59:9 69:2 80:4 81:11,12

**talked** 59:9

**talking** 14:4 29:13 58:7 67:24

**tasks** 45:23

**tax** 22:16,25 23:3,5, 7,10

**taxes** 22:14,16,19,23

**team** 41:9,11

**telephone** 7:9 23:10 50:19 71:3

**telling** 14:20 18:15

**ten** 78:2

**testified** 4:13

**testimony** 4:8 36:22 40:3 68:4 83:5

**Thanksgiving** 56:3, 5,21 59:6

**thing** 24:2 39:25 46:17,22 47:6 50:25 52:3

**things** 39:11,17 43:2,3 46:4,20 48:19 49:3 55:20 56:15 59:3 65:15 71:11 80:5

**thought** 22:9 77:16 79:13,15,18

**tickets** 18:25

**time** 5:4,14 15:20 18:12 19:8 26:17 27:16 30:20 37:13 38:4 41:22 42:1,7,15 43:4 46:10 47:23 52:13,19 53:3 55:6,8 57:9 61:16 63:24 70:24,25 71:24,25 73:2 77:5 79:2 81:7

**times** 19:5 42:25 43:1 61:4 69:6 77:24,25 78:2

**tip** 16:1

**tips** 15:24,25

**today** 4:21,23 27:14 30:18 76:13,23 77:2, 7,11

**told** 20:7 21:8 25:15 26:20,22 39:18 43:11 48:4 51:7 61:6 67:18 68:9,12 70:12, 13 81:5

**tomorrow** 63:2

**top** 31:5 67:8 73:11

**touched** 74:18

**track** 41:22

**traffic** 18:25

**transact** 66:19

**transcribed** 83:6

**transcript** 83:2,23

**translate** 4:4 51:19

**translated** 28:7,10, 14,18 29:6,10,17 31:23 32:4 51:11 63:18

**translation** 19:22 51:18

**travel** 66:15

**traveled** 24:25

**treat** 79:25 80:1

**trial** 20:19

**Triton** 23:16,17,22 24:6,12,16 25:14,16 33:9,11 78:23 79:11 80:15,19 81:15,23

**truck** 13:3,5,7

**true** 43:23 68:8,21 76:21

**trust** 83:9,12

**truth** 4:9 18:15 21:5 30:2

**truthful** 4:25 18:16 31:15

**truthfully** 5:4 6:6

**two-minute** 51:18 73:4



**type** 29:12 30:7 44:1 45:7 53:12 64:25 68:3 79:14

**types** 44:10

___

**U**

**understand** 5:1,3, 18,21 14:21 29:18 31:13 32:15 43:19 52:19

**understanding** 65:3

**understood** 63:9,18, 20 64:5

**unemployed** 24:23

**United** 25:4,12,20 80:25

**utensils** 39:13 46:19

___

**V**

**vehicle** 21:22

**verbal** 6:11 69:1

**verbally** 6:9,13 35:16

**Villanueva** 71:8,16 82:6

**visibly** 49:24

**visit** 20:22 25:5 35:8

**volume** 52:1

___

**W**

**Wait** 17:12

**waiters** 41:12

**waitress** 40:23 41:2

**waitresses** 40:9,19, 24

**waive** 83:1,8

**walked** 39:5

**wanted** 59:8,10 76:5,6,7

**wash** 48:8

**week** 16:16 25:12, 22,25 30:21,22,25 34:14 36:12,23 37:1, 14 38:3 63:3 79:3 81:3 83:25

**weekend** 56:16,17

**weeks** 16:11,19,23, 24 17:4,5 25:12,23 31:1 36:8,10,21,25 37:3,4,5,8,10,16 38:7 43:10 71:17 72:24 80:17 81:2 82:1

**Weston** 10:1

**whatsoever** 70:7

**wife** 69:9

**wonderful** 12:13

**work** 10:2 14:2,5,13, 24 15:2,4 23:13 28:15 30:7 35:25 36:6,14 37:25 38:3 43:14 45:9 46:12,21 47:3 51:2 53:13 63:22 64:17 65:6 68:7,14,15,22 69:19 71:15,23 79:2 80:4, 5,23 81:2,8 83:9,11

**work-related** 66:16

**worked** 14:17 23:15 24:14 25:17 26:8,11 36:3,8,20,22,25 37:2,10,14,18,19,22 38:8 40:8,23,24 41:23 43:8,14 44:22, 25 52:2,13 53:11 54:22 57:5 68:2,20 69:25 70:5,14 71:17, 25 72:7,24 73:3 77:15 79:21

**working** 9:5 14:14, 25 15:11,13 24:16, 17 25:1,8,14,16,23 26:1,9 36:15,16 37:8,15 38:5 42:3,7 46:2,3 48:22 49:14 52:20 53:3,24 55:13 70:5 72:13 79:4,11 80:14,18 81:6,7

**works** 10:25 68:24

**write** 42:1 49:5 59:3 76:12

**written** 35:16 52:7 53:22 68:25 70:20, 22 82:13,16,20

**wrote** 68:6 79:16

___

**X**

**XXX-XX-0211** 17:17

___

**Y**

**Y-a** 8:10

**Ya** 9:22

**year** 9:7 14:23 15:1, 14 22:16,22 26:21 27:25 51:16,22 52:14 53:9,21

**years** 6:21 7:3,17 8:3 16:24 24:14,15

___

**Z**

**Zone** 8:15



**Orange Legal
800-275-7991**